UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE REGULAR GRAND JURY
THE **March 31, 2022**   TERM. **22-02**

**MINUTES OF COURT**

DATE: March 29, 2023 @ 1:09 p.m. to 1:14 p.m.

*Stamp: MAR 29 2023 — CLERK US DISTRICT COURT, DISTRICT OF NEVADA — DEPUTY*

PRESENT: The Honorable **Elayna J. Youchah**   U.S. Magistrate Judge.

DEPUTY CLERK: **Elvia Garcia**   REPORTER: **Natasha Bachman**

UNITED STATES ATTORNEY: **Steven Rose**   COURTROOM: **3D**

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **0** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant and Summons issue where indicated.

| Case Number | Defendant | Action |
|---|---|---|
| 2:23-cr-062 APG EJY<br>2:23-mj-0209 BNW | VEKEN IBRAHIM YOUSIF | SUMMONS |
| 2:23-cr-063 ART-NJK<br>2:23-mj-0219 DJA | ADRIEN TYRIE MACKLIN-HICKS<br>Aka: Drae | LOCAL FEDERAL CUSTODY |
| 2:23-cr-064 RFB-BNW | BUDDY MILLER | WARRANT – WRIT |
| 2:23-cr-065 GMN-VCF | JAVIER ALEJANDRO LINARES | WARRANT |
| 2:23-cr-066 JAD-DJA<br>2:21-mj-0171 EJY | MATTHEW WADE BEASLEY | WARRANT |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:23-cr-062** will be held on **Thursday, April 13, 2023 @ 2:30 p.m.** before **MAGISTRATE JUDGE DANIEL J. ALBREGTS in Courtroom 3A.**

**IT IS ORDERED** that the Arraignment & Plea as to: **2:23-cr-063** will be held on **Friday, April 7, 2023 @ 1:00 p.m.** before **MAGISTRATE JUDGE Cam FERENBACH in Courtroom 3D.**

Page 2

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:23-cr-064** will be held on **Tuesday, April 4, 2023 @ 2:30 p.m.** before **MAGISTRATE JUDGE Cam FERENBACH in Courtroom 3D.**

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to: **2:23-cr-066** will be held on **Friday, March 31, 2023 @ 3:00 p.m.** before **MAGISTRATE JUDGE ELAYNA J. YOUCHAH in Courtroom 3D**

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk

United States District Court

/S/ Araceli Bareng

Deputy Clerk