# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Matthew Wade Beasley,

    Defendant

Case No.: 2:23-cr-0066-JAD-DJA

**Order Granting Motion to Extend Stay of Magistrate Judge's Pretrial Release Order**

[ECF Nos. 10, 11]

    Late in the afternoon of Friday, April 7, 2023, the magistrate judge conducted a pretrial detention hearing in this matter and ordered that Defendant Matthew Wade Beasley be released on pretrial-supervision conditions pending trial.  The magistrate judge noted that his decision was "a close call" and stayed the effect of the release order until 3 p.m. today, April 10, 2023, to afford the government the opportunity to file a motion for district-court review of that order.

    The government filed that motion for review,[1] along with an emergency motion to extend the stay of the magistrate judge's release order pending the outcome of that motion for review.[2] Having considered the government's emergency motion to stay and reviewed the government's expedited motion for review of the release order and listened to recording of the April 7, 2023, detention hearing, and finding good cause to extend the stay,

    IT IS ORDERED that the government's emergency motion to extend the stay of the magistrate judge's release order **[ECF No. 10] is GRANTED; the stay of the release order is extended until the district court issues its ruling on the government's pending motion for**

---

[1] ECF No. 11.
[2] ECF No. 10.

**review of the release order** [ECF No. 11]; and Defendant Matthew Wade **Beasley will remain detained pending that ruling.**

IT IS FURTHER ORDERED that the **court will hear the government's motion for review of the release order [ECF. No. 11] on April 18, 2023, at 9:30 a.m.,** in Courtroom 6D of the Lloyd D. George United States Courthouse. Defendant has until noon on April 14, 2023, to file a response to that motion.

_____
U.S. District Judge Jennifer A. Dorsey
April 10, 2023