# GOVERNMENT EXHIBIT A

UNITED STATES SECURITIES AND EXCHANGE COMMISSION


In the Matter of:                )

                                 )  File No. SL-02855-A

J&J CONSULTING, INC.             )  Amended: 4/11/2022


SUBJECT:  Call between an FBI negotiator and

          Matthew Beasley - March 3, 2022

PAGES:    1 through 35




                   AUDIO TRANSCRIPTION






                Diversified Reporting Services, Inc.

                     (202) 467-9200

Page 2

CONTENTS

AUDIO FILE:                          PAGE
3 1st Contact MB                    3
4 Continued contact 2 MB        7
5 Continued contact 2 MB      11
6 Continue contact 4 MB        15
7 Continued contact 5 MB       19
8 Continued contact 6 MB       22
9 Continued contact 7 MB       25
10 Continued contact 8 MB      29
11 Continued contact 9 MB      33

Page 3

PROCEEDINGS

3 1st Contact MB

FBI AGENT ADAM:  Receiving call from subject, Matthew Beasley, March 3, 2022.

His, this is Adam.

MAUREEN:  Hi, this is Maureen with Metro Dispatch.

FBI AGENT ADAM:  Yes.

MAUREEN:  This is the FBI (inaudible), correct?

FBI AGENT ADAM:  Yes, this the FBI negotiators.

MAUREEN:  Hi.  So I have Matt Beasley on the line and I'm ready to connect to you.  Do you want me to stay on and record it?

FBI AGENT ADAM:  We're recording.

MAUREEN:  You're recording, so you don't need me to?

FBI AGENT ADAM:  You're good.

MAUREEN:  Okay, all right.  Matt, I have the FBI on the line for you.

MR. BEASLEY:  Thank you.

FBI AGENT ADAM:  Hi, Matthew.

MR. BEASLEY:  Are you the one that was at my door?

FBI AGENT ADAM:  No, sir.  I'm actually just a negotiator.  I'm here to help and talk to you and see

Page 4

what's going on.  How are you?

MR. BEASLEY:  Oh, I need to talk with the one that was the door (inaudible) and I want to apologize because that was never my intent for him to have him shoot me.  I was (inaudible).

FBI AGENT ADAM:  Well, we can -- we can certainly get to what happened, Matthew.  But first off, I need to ask --

MR. BEASLEY:  I know -- all I need to know is the facts and I'm done.

FBI AGENT ADAM:  What do you mean you're done, Matthew?

MR. BEASLEY:  I need to tell him the facts.

FBI AGENT ADAM:  I heard you say you want to tell him the facts.  What do you mean you're done?

MR. BEASLEY:  Well, I don't -- (inaudible) negotiated with.  I just want to talk to the guy, one, to apologize because it was never my intent for them to have to shoot me.

FBI AGENT ADAM:  Okay.

MR. BEASLEY:  And two, the facts of what's going on to make sure they know that I'm the only one responsible for every single thing that (inaudible).

FBI AGENT ADAM:  Okay, Matthew.  It sounds like you go to talk about, and I am here to talk to you about

Page 5

whatever you need to talk about, okay.

But first off, I have to ask you --

MR. BEASLEY:  (Inaudible.)

FBI AGENT ADAM:  Say what?

MR. BEASLEY:  I just want to talk to the gentleman that came to the door.

FBI AGENT ADAM:  So right now he's not available, but he asked me to talk to you.

MR. BEASLEY:  Oh, are you outside?

FBI AGENT ADAM:  No, I'm not outside.

MR. BEASLEY:  Okay.  Well --

FBI AGENT ADAM:  Hey, Matthew, are you there?

MR. BEASLEY:  Is this recorded?  Is this recorded at least?

FBI AGENT ADAM:  I'm sorry, you were breaking up a little bit.  What did you say, Matthew?

MR. BEASLEY:  Is this recorded?

FBI AGENT ADAM:  We are recording this for our own documents, yes.  But just to let you know, hey, we're just here to help, Matthew, okay?

MR. BEASLEY:  I know.  I don't blame anybody.

FBI AGENT ADAM:  Okay.  Well, that's good. Hey, before we get talking about what you want to talk about I need to ask are you -- are you okay?  Do you need medical attention?

Page 6

1       MR. BEASLEY: I do not want any medical
2   attention.
3           FBI AGENT ADAM:  Okay.
4       MR. BEASLEY:  I just need to make sure everyone
5   knows exactly what happened and why.  Not why, why is
6   stupid, but know that I'm the only one involved.
7       FBI AGENT ADAM:  Okay.
8       MR. BEASLEY:  Nobody else was involved in the
9   scheme.
10      FBI AGENT ADAM:  Nobody else was involved.
11      MR. BEASLEY:  Nobody even knew.  Nobody even
12  knew.
13      FBI AGENT ADAM:  Nobody even knew what?
14      MR. BEASLEY:  That I was running a Ponzi
15  scheme.
16      FBI AGENT ADAM: Okay, a Ponzi scheme.
17      MR. BEASLEY:  They didn't know.
18      FBI AGENT ADAM:  Who didn't know, Matthew?
19      MR. BEASLEY:  They had no idea.  If they did,
20  they would have called you guys.
21      FBI AGENT ADAM:  Okay.
22      (End of audio file.)
23
24
25

Page 7

1   4 Continued contact 2 MB
2       MR. BEASLEY:  Part of it that the FBI was at
3   their house today.
4       FBI AGENT ADAM:  Okay.  So the FBI was at some
5   other people's houses today to talk to them about maybe
6   something you were involved in.
7       MR. BEASLEY:  They did search warrants, they
8   did search warrants today.
9       FBI AGENT ADAM:  Okay.  They did a search
10  warrant today and you might have some involvement in it.
11      MR. BEASLEY:  They -- they knew nothing.  I
12  lied to them.  I ran the entire thing and the only thing
13  those individuals did wrong is believe me, that was it.
14  They knew nothing.  They believed that I was actually a
15  good person and not a piece of shit.
16      FBI AGENT ADAM:  Well, I don't -- I don't think
17  you're a piece of shit, Matthew.  You're talking to me
18  now and you've already apologized.
19      MR. BEASLEY:  I'm a very intelligent person, I
20  will tell you that also, but I don't -- I understand what
21  your job is to do but I just want it to be known that
22  nobody besides me not -- my family has no idea.  They're
23  going to be so fucking disappointed in me.
24      FBI AGENT ADAM:  Okay.  Well, speaking of your,
25  speaking of your family, Matthew, how many -- do you have

Page 8

1   a wife, kids?  Who are we talking about?
2       MR. BEASLEY:  I have a wife and four kids.
3       FBI AGENT ADAM:  You have a wife and what?  I'm
4   sorry, you broke up a little bit, sir.
5       MR. BEASLEY:  Four kids.
6       FBI AGENT ADAM:  Four kids, okay.  What's your
7   wife's name?
8       MR. BEASLEY:  Paula.
9       FBI AGENT ADAM:  Olive.
10      MR. BEASLEY:  Paula.
11      FBI AGENT ADAM:  Paula, P-a-u-l-a?
12      MR. BEASLEY:  Yeah.
13      FBI AGENT ADAM:  Okay.  Four kids.  What are
14  their names?
15      MR. BEASLEY:  Matthew, ███, █, and Jordan.
16      FBI AGENT ADAM:  Matthew, ███ and
17  Jordan?
18      MR. BEASLEY:  Yes.
19      FBI AGENT ADAM:  Well, those are all really
20  pretty names.  I like that you we kept the Ms in the
21  family for a while there.
22      MR. BEASLEY:  Don't patronize me, please.
23      FBI AGENT ADAM:  Oh, I'm not, I'm not.  I'm
24  sorry, I'm not trying to patronize you, sir.
25      MR. BEASLEY:  I just want to clear everything

Page 9

1   up and make sure nobody else besides me gets in trouble.
2       FBI AGENT ADAM:  Okay.  And I understand that,
3   Matthew.  How old are your kids?  We're trying to just
4   sort through everything right now.
5       MR. BEASLEY:  27, 22, 11 and 9.
6       FBI AGENT ADAM:  27, 22, 11 --
7       MR. BEASLEY:  And 9.
8       FBI AGENT ADAM:  And 9.  Jordan is 9?
9       MR. BEASLEY:  George, I don't have a George, I
10  have a Jordan, and she's 27.
11      FBI AGENT ADAM:  Okay.
12      MR. BEASLEY:  Matthew is 22.  ███ is 11 and
13  ███ is 9.
14      FBI AGENT ADAM:  ███ okay.  Thank you for
15  telling me that.  Where are they?  Are any of them in the
16  house?
17      MR. BEASLEY:  Nobody is here, just me.
18      FBI AGENT ADAM:  Nobody else is in the house?
19      MR. BEASLEY:  Well, and two dogs that are
20  really friendly and really small.  But please don't --
21  they're not mine, they're my associates dogs, so please
22  don't shoot them.  One is a puppy, and one is only like
23  eight months old.
24      FBI AGENT ADAM:  Well, you're talking to a dog
25  lover, so I certainly don't want to see anything happen

Page 10

1  to you or the dogs, Matthew.  Thank you for telling us
2  about that, though.  That's good information for us to
3  have.  Thank you for telling me that.
4      MR. BEASLEY:  This wasn't how it was supposed
5  to happen.
6      FBI AGENT ADAM:  How what wasn't supposed to
7  happen, Matthew?
8      MR. BEASLEY:  I can't think -- I can't --
9      (End of audio file.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 11

1  5 Continued contact 3 MB
2      FBI AGENT ADAM:  Okay.  Well, before we kind of
3  talk about everything that happened in the past I want --
4      MR. BEASLEY:  I just don't want -- I just don't
5  want to -- I don't want to talk about me anymore, I want
6  to talk about what happened and I want to explain.
7      FBI AGENT ADAM:  Yeah.  Matthew, that's what I
8  want to.  I want to hear about what happened today.
9      MR. BEASLEY:  Oh, I don't care about what
10 happened today, except I apologize.  They should never
11 have had to shoot me.
12     FBI AGENT ADAM:  Okay.  Well, did you -- were
13 you, Matthew, were you hit?
14     MR. BEASLEY:  Twice, yeah.
15     FBI AGENT ADAM:  Okay.  Where were you hit?
16     MR. BEASLEY:  Once in the chest and once in the
17 shoulder.
18     FBI AGENT ADAM:  Okay.  If you want to come
19 out, you could have somebody look at those.
20     MR. BEASLEY:  I don't -- I'm not coming out,
21 outside.  I'm not coming out, no.
22     FBI AGENT ADAM:  I'm sorry, it's a little hard
23 to hear you.  Say that again please, Matthew.
24     MR. BEASLEY:  When I come out, I'll be dead.
25     FBI AGENT ADAM:  Well, I can tell you, Matthew,

Page 12

1  there's people out here including all of us who don't
2  want to see that happen to you.  So that's why I'm hoping
3  you'll talk to me.
4      MR. BEASLEY:  That's (inaudible), but I
5  appreciate that, but you can't help it.
6      FBI AGENT ADAM:  Well, I think there's plenty
7  of ways to help you, Matthew.  We can certainly talk
8  about what's happened today and, in the past, and we
9  don't want -- we don't want to have to tell your kids
10 about something bad happening to you.  We want to
11 hopefully have your kids see you at the end of today, you
12 know, when the sun goes down and all that.
13     MR. BEASLEY:  They already know.
14     FBI AGENT ADAM:  They already know?
15     MR. BEASLEY:  They don't know yet.  I wrote
16 them all letters.  And please tell the people in charge
17 if they go up to my office everything they need, there's
18 a letter to the FBI and to my family --
19     FBI AGENT ADAM:  Okay.
20     MR. BEASLEY:  -- that explains everything and
21 tells them how much I love them.
22     FBI AGENT ADAM:  Well, Matthew, you did write
23 letters but there's also the opportunity for you to tell
24 the FBI what happened and for you to tell your family you
25 love them.

Page 13

1      MR. BEASLEY:  I'm trying to tell you guys right
2  now, please put the guy that investigated me the phone so
3  he can -- so he can write this stuff down and make sure
4  he understands that this is -- this is not something that
5  wasn't intended.  It turned really bad and nobody else
6  was involved except for me.
7      FBI AGENT ADAM:  Uh-huh.  Except for you.
8      MR. BEASLEY:  Nobody.  Nobody knew anything.
9  If they did, they would have all turned me into the
10 police long ago, even if it meant risking themselves.  It
11 was me.
12     FBI AGENT ADAM:  Okay.  So let me just
13 understand what you're saying so far, okay, Matthew?  Do
14 you mind if I, if I do that?
15     MR. BEASLEY:  If you do it quick.
16     FBI AGENT ADAM:  Okay.  So some agents came to
17 your door to talk to you today.  When you opened the door
18 you had a firearm in your hand, it was pointed at your
19 head.
20     MR. BEASLEY:  But I didn't ever -- I didn't
21 ever open the door, but yeah.
22     FBI AGENT ADAM:  Okay.
23     MR. BEASLEY:  I unlocked the door, but the
24 door -- the door is unlocked so they don't need to break
25 it down.  It's unlocked.

Page 14

1    FBI AGENT ADAM:  Okay, the door is unlocked.
2  They came to talk to you.  You had a weapon to your head,
3  and they fired at you, striking you twice.
4    MR. BEASLEY:  Yes.
5    FBI AGENT ADAM:  In the chest and -- Matthew?
6    MR. BEASLEY:  The shoulder.
7    FBI AGENT ADAM:  In the shoulder, okay.  Thank
8  you.  In addition to that --
9    (End of audio file.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 15

1    6 Continue contact 4 MB
2    FBI AGENT ADAM:  -- about a Ponzi scheme that
3  you were telling me about.
4    MR. BEASLEY:  I know they were, yes.
5    FBI AGENT ADAM:  Okay.  Matthew, let me ask you
6  why do you feel it's necessary to take this step?
7    MR. BEASLEY:  Because I -- all I -- what I
8  really thought was going to happen when they showed up is
9  they would let me tell my story and then I could do what
10  I needed to do.  But they decided to shoot me, and I wish
11  they would have at least killed me, but they didn't so --
12    But I do apologize to them for making them do
13  that.  That -- I did want that.
14    FBI AGENT ADAM:  Okay.  And --
15    MR. BEASLEY:  I didn't want them to get hurt
16  or --
17    FBI AGENT ADAM:  Well, thank you for saying
18  that.  I can tell from what you're saying about your
19  concern for the agents that came to your door is you're a
20  good person who doesn't want to see anybody get hurt.
21  And that's exactly what we want, Matthew.  We
22  don't want to see anybody get hurt.  So just because
23  something happened earlier doesn't mean any further
24  action needs to be taken.  We want to get you some
25  medical and we want you to be able to tell your kids and

Page 16

1  talk to the agents about what happened so you can make
2  sure they have all the details.
3    Because let me tell you, Matthew, I've been
4  investigating cases for a couple of years and letters
5  don't always take into account everything that needs to
6  be said.  That way there's follow up questions and things
7  like that.
8    MR. BEASLEY:  Well, that's what I was hoping we
9  could accomplish but they -- they just kind of shot me
10  and I apparently took -- I probably -- I didn't really
11  know the process very well.  I should have waited, I
12  should have.  But now we're where we are, so that's why I
13  just want to make sure everybody understands.
14  Jeff Judd, Shane Jager, Chris Humphries,
15  Warren Rosegreen, Chris Madsen, my family, Jeff's family,
16  nobody knew anything.  It was all me.
17    FBI AGENT ADAM:  It was all you.  Well,
18  Matthew, I appreciate that you want to tell the agent
19  that.  He's actually answering some questions right now,
20  so I can't get him so we're talking together.  But I can,
21  I can promise you that if you come out and we get you
22  some medical attention you'll have every opportunity in
23  the world to talk to that agent.
24    MR. BEASLEY:  I don't want -- I'm not coming
25  out.

Page 17

1    FBI AGENT ADAM:  Okay.  But you do want to talk
2  to the agent, and I want to get you in front of that
3  agent because I can tell from the way you're talking that
4  you have regret over what happened earlier today.
5    MR. BEASLEY:  I have regrets about everything
6  I've done.  If I could --
7    FBI AGENT ADAM:  Okay.  But this is only one
8  day, Matthew, and there's plenty of time ahead of us to
9  where --
10    MR. BEASLEY:  (Inaudible) in the last five
11  fucking years.  I'm sorry to cuss.
12    FBI AGENT ADAM:  No, that's okay.  I can tell
13  you're stressed out.  You're emotional about what happened
14  earlier.  It didn't go the way kind of you maybe intended
15  it to go.
16    MR. BEASLEY:  No, I -- I am not emotional about
17  what happened earlier.  The only thing I wish is they
18  would have killed me instead of just shot.
19    FBI AGENT ADAM:  Well, why do you wish they
20  would have killed you, Matthew?
21    MR. BEASLEY:  Because I'm going to do it.
22    FBI AGENT ADAM:  Well, Matthew, if you do that
23  you've got four kids that don't have a dad.
24    MR. BEASLEY:  But they're not going to have a
25  dad anyway.

Page 18

1       FBI AGENT ADAM:  Well, what makes you say that,
2   Matthew?
3       MR. BEASLEY:  Because it's obvious I'll be in
4   jail forever because of what I've done.  They won't want
5   to -- they want to have anything to do with me.
6       FBI AGENT ADAM:  Hey, Matthew, can you -- hey,
7   can you put the phone back?  Let's --
8       (End of audio file.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 19

1   7 Continued contact 5MB
2       MR. BEASLEY:  All right.
3       FBI AGENT ADAM:  That's okay, there you go.
4   Much better.  Thank you.
5       MR. BEASLEY:  (Inaudible) collarbone has been
6   shot.
7       FBI AGENT ADAM:  Okay.  Your collar hurts, like
8   they hit you in the collarbone?
9       MR. BEASLEY:  I think it's (inaudible).  It's
10  fine.
11      FBI AGENT ADAM:  Okay.  Hey, Matthew, where's
12  the gun?
13      MR. BEASLEY:  It's on my chest.  I'm going to
14  put it on my forehead here in a second.
15      FBI AGENT ADAM:  Okay.  Well, please do me a
16  favor.  While we're talking if you put that gun to your
17  forehead, we might not have the opportunity to hear your
18  entire side of the story.  So you can do me a favor and
19  please put the gun next to you on the floor at least, off
20  your chest?
21      MR. BEASLEY:  No.  It's on my chest.
22      FBI AGENT ADAM:  Okay.
23      MR. BEASLEY:  But go ahead.  I -- please ask me
24  questions about -- I don't care about today, I don't care
25  about the police officer or the FBI, I just feel bad, but

Page 20

1   please ask me questions about the Ponzi scheme that I can
2   answer questions.
3       FBI AGENT ADAM:  Okay.
4       MR. BEASLEY:  That's what I want to --
5       FBI AGENT ADAM:  Okay, okay, Matthew.  Okay,
6   Matthew, that's what we'll talk about.  Okay?
7       MR. BEASLEY:  Yeah.
8       FBI AGENT ADAM:  All right.  When did it start?
9       MR. BEASLEY:  2017.
10      FBI AGENT ADAM:  2017 or 15?  I'm sorry.
11      MR. BEASLEY:  '17.
12      FBI AGENT ADAM:  Okay, 2017.  You described it
13  as a Ponzi scheme started.
14      MR. BEASLEY:  It wasn't -- it wasn't -- I --
15  basically I was taking -- I lied and I was getting a
16  bridge loan because I have a gambling problem or had.  I
17  was taking a bridge loan, but I just explained it as
18  all -- this type of deal related to lawsuits.
19      FBI AGENT ADAM:  Related to what, Matthew?  I'm
20  sorry.
21      MR. BEASLEY:  Lawsuits.
22      FBI AGENT ADAM:  Lawsuits.
23      MR. BEASLEY:  Personal injury settlements.
24      FBI AGENT ADAM:  Okay.  So I'm going to just
25  recap, though, so I make sure I understand it all, okay?

Page 21

1       Okay, Matthew, are you -- are you feeling okay?
2   It sounds like you're getting a little soft spoken.  Are
3   you okay?
4       MR. BEASLEY:  Yeah, I'm fine.
5       FBI AGENT ADAM:  Okay.  Well, thank you for
6   confirming that for me.  Okay.  So in 2017 you took out a
7   bridge loan, right?
8       MR. BEASLEY:
9
10      (End of audio file.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 22

1   8 Continued contact 6 MB
2       MR. BEASLEY: Okay.
3       FBI AGENT ADAM:
4                                                              al
5
6       MR. BEASLEY: Yeah.
7       FBI AGENT ADAM: -- as you said --
8       MR. BEASLEY:
9
10      FBI AGENT ADAM: Okay. You needed a loan
11  because of gambling?
12      MR. BEASLEY: Yeah.
13      FBI AGENT ADAM: What did you like to gamble on
14  back in the day?
15      MR. BEASLEY: Sports betting.
16      FBI AGENT ADAM: Okay.
17      MR. BEASLEY: And there's some -- and before I
18  get there let me tell you that there's some on my
19  computer I was being extorted by someone that I lost a
20  lot of money to and I have -- before I gave him the last
21  bit of money I gave, the last $40,000, in desperation he
22  basically admitted he was extorting me and threatening my
23  family and me. And, I mean, you're talking about 15 to
24  $20 million dollars so --
25      FBI AGENT ADAM: Your family was extorted for

Page 23

1   15 to $20 million, Matthew?
2       MR. BEASLEY: No, my family wasn't, I was. No,
3   I wasn't extorted for the whole thing. I was extorted
4   for part of it and the rest of it were gambling losses.
5       FBI AGENT ADAM: Okay. What sports did you
6   like to gamble on the most?
7       MR. BEASLEY: I gambled on everything, that's
8   (inaudible). Yeah, there is a message in my voicemail,
9   when you get my phone there's a message in my voicemail
10  that says it's from an unknown caller --
11      FBI AGENT ADAM: Uh-huh.
12      MR. BEASLEY: -- there is a guy supposedly -- I
13  think it's Philadelphia that showed up in town because of
14  unpaid gambling debts.
15      FBI AGENT ADAM: So you -- so you were going
16  through a bookie, Matthew?
17      MR. BEASLEY: Yeah.
18      FBI AGENT ADAM: Okay. Where was -- the bookie
19  was located in Philly?
20      MR. BEASLEY: Well, that's where these guys
21  were. The guy that I was dealing with was here.
22      FBI AGENT ADAM: Okay. What's that guy's name,
23  Matthew?
24      MR. BEASLEY: It's all written down upstairs.
25  I don't want to get too (inaudible) on that. But --

Page 24

1       FBI AGENT ADAM: Okay. Well, earlier you said
2   you wanted to tell me about what was going on, so I'm
3   trying figure out what was going on. That way I can --
4       MR. BEASLEY: I know, I know. But I just
5   didn't want to get sidetracked, I just didn't want -- I
6   just really want to concentrate on making sure the people
7   that get in trouble need to get in trouble and the people
8   that don't, that didn't do anything wrong, don't get in
9   trouble.
10      FBI AGENT ADAM: Thank you for telling me that
11  and, honestly, Matthew, from everything we've talked
12  about so far, I know what happened happened and I know
13  you're trying to take accountability for what happened,
14  not just today but in the past five years, and I really
15  appreciate that. That takes a stand-up guy to do that.
16  And from literally everything you've said,
17  Matthew, you care about other people a lot. You have a
18  very big heart. And listen, as somebody who also likes
19  to throw a couple bucks down on the game sometimes I
20  totally see how things can get out of control really
21  quickly. Matthew? Matthew are you there? Matthew?
22      (End of audio file.)
23
24
25

Page 25

1   9 Continued contact 7 MB
2       FBI AGENT ADAM: Okay, that's okay. Thank you
3   for -- thank you for talking back to me. That's -- you
4   know, I got a little worried there for a second that you
5   had done something.
6       MR. BEASLEY: No, not yet.
7       FBI AGENT ADAM: No. Well, thank you for not
8   doing anything.
9       Hey, as we continue to talk, I've got people
10  kind of asking me some questions about what's going on in
11  there, and I know it would make them --
12      MR. BEASLEY: (Inaudible.)
13      FBI AGENT ADAM: I know it would make them and
14  me feel a lot more comfortable if you would just put that
15  gun off from your chest onto the ground. That way we can
16  continue talking. Can you do that for me while I
17  continue to hear about what you're doing?
18      MR. BEASLEY: No, because I don't want them to
19  come in here.
20      FBI AGENT ADAM: Okay. Well, no one is coming
21  in there, Matthew. I promise you, Matthew, no one is
22  coming in there. You have -- you have my word.
23      MR. BEASLEY: (Inaudible) FBI agent
24  (inaudible).
25      FBI AGENT ADAM: I know. And Matthew, he's



Page  26

1    still answering questions to a lot of the people out
2    here.
3                MR. BEASLEY:  That was so fucking stupid.
4                FBI AGENT ADAM:  Which part was stupid,
5    Matthew?
6                MR. BEASLEY:  Me.  Me, putting the gun to my --
7    I honestly didn't think they'd shoot but I should have
8    never put them in that position.
9                FBI AGENT ADAM:  Well, see again you're just
10   giving me another example of how kind of -- I mean,
11   you're selfless, Matthew.  You're trying to apologize to
12   all these people you've wronged.  You're trying to clear
13   people's names and I want to give you that opportunity,
14   and you can do that face-to-face.  You can tell your kids
15   you're sorry.  You can tell everybody involved in this
16   that you're sorry.
17               MR. BEASLEY:  My family will have nothing.  My
18   family is going to have nothing.
19               FBI AGENT ADAM:  Why do you say that?
20               MR. BEASLEY:  (Inaudible.)
21               FBI AGENT ADAM:  Sorry, Matthew, you broke up.
22   What did you say?
23               MR. BEASLEY:  They're -- they're not going to
24   have a dad, or they'll have nothing.
25               FBI AGENT ADAM:  Well, I certainly want them to

Page  27

1    have a dad and I think you want them to have a dad.  Your
2    youngest is even a teenager yet, Matthew.
3                MR. BEASLEY:  (Inaudible) 15 years, no thank
4    you.
5                FBI AGENT ADAM:  You know, Matthew, the legal
6    system has to play out.  There's a lot of things still to
7    figure out.  Nothing has been decided.
8                MR. BEASLEY:  No, it's not.
9                FBI AGENT ADAM:  Nothing has been decided.
10               MR. BEASLEY:  It's my letters.  I've admitted
11   to everything, and I've admitted on here.  There is
12   nothing to play out.
13               FBI AGENT ADAM:  Well, I mean, between you and
14   me, Matthew, you've only admitted to taking out a loan so
15   far.  We haven't really gotten into everything yet.
16               MR. BEASLEY:  Oh, well, okay.  Well, whatever
17   you want to call it, but nobody else did anything wrong.
18   It was me.
19               FBI AGENT ADAM:  Hey, Matthew --
20               MR. BEASLEY:  (Inaudible) single week.
21               FBI AGENT ADAM:  Matthew, you know who goes to
22   prison for a long, long time?  Pedophiles.  You're not a
23   pedophile.  Murderers, you're not a murderer.
24               MR. BEASLEY:  I'm not -- I'm not going to
25   prison so -- this is -- they would come -- I didn't think

Page  28

1    it would last this long.
2                FBI AGENT ADAM:  Okay.  Why didn't you think it
3    was going to last this long?
4                MR. BEASLEY:  ████████████████████
5    ■ ███████████████████████████
6    ■ █████████████████████████████
7    ■ █████████████
8    ■
9                FBI AGENT ADAM:  Okay.
10               MR. BEASLEY:  █████████████████████
11   ■ ████████████████████
12   ██████████████
13
14
15
16
17
18
19
20
21
22
23
24
25

Page  29

1    10 Continued contact 8 MB
2                MR. BEASLEY:  ███████████████████
3    ■ ███████████████████████████
4    ■ █████████████████████████████
5    ■ ████████████████████████
6    ■ ████████████████████
7    ■
8                FBI AGENT ADAM:  We have -- we have --
9                MR. BEASLEY:  -- with a bridge loan.  The bridge
10   loan turned into the flat-out Ponzi scheme and there's no
11   going back so --
12               FBI AGENT ADAM:  How much was the original loan
13   for, Matthew?
14               MR. BEASLEY:  I think -- I think either like 10
15   or 25 grand.
16               FBI AGENT ADAM:
17
18               MR. BEASLEY:
19               FBI AGENT ADAM:
20
21
22               MR. BEASLEY:  Oh, at that point I don't know.
23   I don't have any idea.  At that point it was probably
24   around whatever I got.
25               FBI AGENT ADAM:  Makes sense.  What do you do

Page 30

1 for a living, Matthew?
2     MR. BEASLEY:  I'm an attorney.  That's how I
3 was able to pull the whole thing off.
4     FBI AGENT ADAM:  So you're a smart guy who
5 understands the law.
6     MR. BEASLEY:  I'm not smart.  No, obviously I'm
7 not so --
8     FBI AGENT ADAM:  Matthew -- Matthew, let me
9 tell you this, I disagree with that only because I see
10 -- see people try to pull different Ponzi schemes, and
11 frauds, and scams off and they're not very good at it.
12 So to even get people to listen to you that far it takes
13 a level of intelligence that I'm very impressed with.
14     MR. BEASLEY:  Really.  Thank you for the
15 compliment, but it -- it's not needed.  I'm not a good
16 person.  I'm not a smart person.
17     FBI AGENT ADAM:  You know, Matthew, one or two
18 decisions doesn't necessarily define who we are as
19 people.
20     MR. BEASLEY:  Yeah, at this point it does so --
21     FBI AGENT ADAM:  Well, I mean, they certainly
22 can, decisions certainly can decide that.
23     MR. BEASLEY:  If I walk out of here, I'm going
24 to jail and I'm not going to jail.  So --
25     FBI AGENT ADAM:  Well, there's still a lot to

Page 31

1 be determined about what happens when you walk out of
2 there, but I look forward to hearing you say you are
3 walking out of there.  Thank you for saying that.
4     MR. BEASLEY:  No.  No, I said I'm not walking
5 out of here.  I said I'm not.
6     FBI AGENT ADAM:  You're a guy who -- Matthew,
7 I'm going to recap what we talked about so far, okay?
8     MR. BEASLEY:  It doesn't matter.  Oh, as long
9 as -- as long we're just talking about what I did and how
10 it's nobody, nobody else even knew.  Nobody else was
11 involved.
12     FBI AGENT ADAM:  Yeah, that's what we're
13 talking about.  I'm just trying to make sure I
14 understand, okay?
15     MR. BEASLEY:  Okay.
16     FBI AGENT ADAM:  Okay.  So you were an
17 attorney.  What kind of law did you practice?
18     MR. BEASLEY:  Just a bunch of different things.
19     FBI AGENT ADAM:  Okay.  Any TV ads I would have
20 seen?
21     MR. BEASLEY:  I'm sorry?
22     FBI AGENT ADAM:  Any TV ads or billboards I
23 might have seen?
24     MR. BEASLEY:  No, no.
25     FBI AGENT ADAM:  Okay.  So you -- you were into

Page 32

1 maybe 10, 20, 25,000 worth of debt to a bookie.  You were
2 still trying to pay that off and provide for your family
3 like a good dad and husband does, and so you went to
4 Jeff, and you had an idea for making some money.
5     MR. BEASLEY:  ███████████████████████
6     (End of audio file.)

Page 33

1 11 Continued contact 9 MB
2     MR. BEASLEY:  ███████████████████████
  ■ ███████████████████████████████
  ■ ███████████████████████████████████
  ■ ███████████████████████████████
  ■ ███████████████████████████████
  ■ ███████
9     FBI AGENT ADAM:  And this was in 2017 or 2018?
10     MR. BEASLEY:  It might have been '16 or '17.
11     FBI AGENT ADAM:  Okay.  2016 or 2017.
12 How are you feeling?  How much pain are you in?
13     MR. BEASLEY:  No, pretty good.
14     FBI AGENT ADAM:  Yeah?
15     MR. BEASLEY:  Yeah.  I've never been shot
16 before (inaudible).  I need to apologize to that guy.
17     FBI AGENT ADAM:  Okay.  Well --
18     MR. BEASLEY:  I didn't want to (inaudible)
19 nobody.  Do not bring my family here to the home.
20     FBI AGENT ADAM:  Okay, we won't bring your
21 family there, Matthew.  But I've heard -- I've heard you
22 say a number of times you want to talk to the agent that
23 fired at you and --
24     MR. BEASLEY:  I just want to apologize.  I just
25 want to apologize.

Page 34

1      FBI AGENT ADAM:  Okay.  So what we're going to
2  do, Matthew, is -- here's what I would ask of you.  Would
3  you mind hanging up with for no more than five minutes
4  and I'm going to go see if I can track that agent down to
5  start to talking to you, okay?
6      MR. BEASLEY:  Okay, thank you.
7      FBI AGENT ADAM:  Okay.  Hey, Matthew, do me a
8  favor, though, I promise you that I'm going to go try to
9  find him.  Will you promise me that you'll put the gun on
10  the floor?
11     MR. BEASLEY:  I'll just leave it on my chest
12  where it's at.  I won't touch it.
13     FBI AGENT ADAM:  Okay, you're not going to
14  touch it, though?
15     MR. BEASLEY:  Yeah.
16     FBI AGENT ADAM:  Okay, thank you.  I'm going to
17  call you back in five minutes.  Okay?
18     MR. BEASLEY:  Try to make it quicker, please,
19  if you can.
20     FBI AGENT ADAM:  Okay, I will work to make it
21  quicker.  Thank you, Matthew.  We'll call you back.
22     MR. BEASLEY:  Thank you.
23     FBI AGENT ADAM:  All right, bye.
24     (End of audio file.)
25     (End of recordings.)

Page 35

1          TRANSCRIBER'S CERTIFICATE
2
3  I, Cheryl Shifflett, hereby certify that the foregoing
4  transcript is a complete, true and accurate transcription
5  of all matters contained on the recorded proceedings in
6  the matter of project name:
7  Call between an FBI negotiator and Matthew Beasley -
8  March 4, 2022.
9
10
11
12
13
14
15     _____
16          Transcriber
17
18
19
20
21
22
23
24
25

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )

                                 )  File No. SL-02855-A

J&J CONSULTING, INC.             )  Amended: 4/11/2022


SUBJECT:  Phone Call on 3.3.2022

          FBI Negotiator and Matthew Beasley

          22030206.mp3

PAGES:    1 through 113

AUDIO TRANSCRIPTION

Diversified Reporting Services, Inc.

(202) 467-9200

Page 2

```
 1          P R O C E E D I N G S
 2   22030206.mp3
 3          FBI AGENT ADAM:  March 3, 2022, 2:57 p.m.
 4   Calling Matthew Beasley at 913-486-9975.
 5          (Phone ringing.)
 6          MR. BEASLEY:  Hello.
 7          FBI AGENT ADAM:  Hey, Matthew.  It's Adam.
 8          MR. BEASLEY:  Hello.
 9          FBI AGENT ADAM:  Hey, thank you for giving me
10   Paula's number.  We're going to try to contact her now.
11   Thank you for doing that.
12          MR. BEASLEY:  No, she had nothing to do with
13   it.
14          FBI AGENT ADAM:  Well, yeah, and you've said
15   that multiple times, but we just want to be able to
16   give her somebody to talk to while all this is going
17   on.  So thank you for doing that.
18          MR. BEASLEY:  If you could -- okay.  Anything
19   else you need to know?
20          FBI AGENT ADAM:  Yeah, I think we got a lot
21   of the story still to tell.
22          MR. BEASLEY:  No, I don't -- there's not much
23   to tell.
24          FBI AGENT ADAM:  Well, if we want to get all
25   the facts, we're going to need to hear it from A to Z.
```

Page 3

```
 1   But first off let me ask you how are you feeling?
 2          MR. BEASLEY:  Aw, I feel like shit.
 3          FBI AGENT ADAM:  Yeah.
 4          MR. BEASLEY:  This is my first time being
 5   shot so --
 6          FBI AGENT ADAM:  Right, you said that.  Well,
 7   we have medical out here for you if you want it.
 8          MR. BEASLEY:  No, I don't want it.
 9          FBI AGENT ADAM:  Okay.  Why don't you want
10   it?
11          MR. BEASLEY:  Because I'm not -- I'm not
12   coming out first off so -- and I'm not going to -- I'm
13   not going to jail but -- so --
14          FBI AGENT ADAM:  We -- I understand you don't
15   want to come out and you don't want to go to jail, but
16   like we talked about previously there's plenty of time
17   to figure out what's going on.  But we do have --
18          MR. BEASLEY:  No, there's not, no.  I'm
19   admitting to everything.
20          FBI AGENT ADAM:  I know, and we're going to
21   get to, we're going to get to that whole rest of that
22   story here in just -- here.  I promised you I would go
23   try to find the agents that came to your door.  I
24   promised you that, right?
25          MR. BEASLEY:  Yes.
```

Page 4

```
 1          FBI AGENT ADAM:  Well, just to let you know
 2   they're still talking to some of the people out here to
 3   try to figure out what happened and give their side of
 4   the story.  So they can't -- they can't come talk to
 5   you right now, but --
 6          MR. BEASLEY:  Are you out here now?
 7          FBI AGENT ADAM:  There are some people out
 8   here because we're worried about you.
 9          MR. BEASLEY:  Are you outside?
10          FBI AGENT ADAM:  I'm not outside your home,
11   but I'm nearby, yes.
12          MR. BEASLEY:  Oh, okay.
13          FBI AGENT ADAM:  Yes, there's a whole bunch
14   of people out here who just want to see you come out
15   healthy and safe, and that way you can see the four
16   kids and Paula again.
17          MR. BEASLEY:  No.  Okay.  Well, let's get
18   back to getting the story over so I can be done with
19   this pain.  This is a lot of pain.
20          FBI AGENT ADAM:  It's a lot of pain.  Well,
21   Matthew, we can help you with the pain if you would
22   just allow paramedics to come inside or even --
23          MR. BEASLEY:  No.
24          FBI AGENT ADAM:  -- come outside.
25          MR. BEASLEY:  No, I'm sorry.
```

Page 5

```
 1          FBI AGENT ADAM:  That way you have more time
 2   to tell your story and you can tell your story to the
 3   agents who came to talk to you earlier.  Because,
 4   Matthew, like we talked about I don't work this, this
 5   matter and I didn't really know what was going on today
 6   until I got here.
 7          If you want to talk to the two --
 8          MR. BEASLEY:  Okay.
 9          FBI AGENT ADAM:  -- individuals you saw
10   earlier who have deep, detailed knowledge of this case
11   that's really easy to do.  We just need to get you out
12   of there and safe to tell that story.
13          MR. BEASLEY:  Well, then it's probably not
14   going happen and I'm very, very sorry that I'm not
15   going to be able to talk to them then.
16          FBI AGENT ADAM:  Well, those are the guys
17   with the expert knowledge on the case and they are here
18   to talk to you.  I know they came to talk to you
19   earlier because they wanted to talk to you, and they
20   still want to talk to you, Matthew.
21          MR. BEASLEY:  Well, yeah.  I guess I
22   shouldn't have approached it the way I did then.
23          FBI AGENT ADAM:  Well, hey, we all make
24   decisions.
25          MR. BEASLEY:  Is somebody coming in my house?
```

## Page 6

1   FBI AGENT ADAM:  What do you hear, Matthew?
2   MR. BEASLEY:  Somebody is coming in my house.
3   FBI AGENT ADAM:  Nobody should be coming in y
4   our house, Matthew.
5   MR. BEASLEY:  Something happened to one of my
6   doors.  I'm not going to shoot them, you can tell them
7   that, but I'm going to finish me right now.
8   FBI AGENT ADAM:  Well, okay, nobody wants
9   that so let me figure out what's going on, okay?  Just
10  stay on the phone with me.
11  MR. BEASLEY:  Somebody just came to one of my
12  doors or something.
13  FBI AGENT ADAM:  No one is coming in,
14  Matthew.  No one is coming in the house.  I hear the
15  dogs barking, and my dogs bark too when somebody comes
16  to --
17  MR. BEASLEY:  It's in the backyard.  They're
18  in the backyard.  Somebody touched the door or did
19  something to the door.
20  FBI AGENT ADAM:  Okay.  Well, somebody --
21  MR. BEASLEY:  Tell them not to fucking blow
22  it up.  They can come in the front door when I'm done.
23  Jesus Christ, it's unlocked.
24  FBI AGENT ADAM:  Okay, Matthew.  You don't
25  want anybody coming in your house.  No one is going to

## Page 7

1   come in your house right now.
2   MR. BEASLEY:  Well, what they just hit my
3   door with or put on my door?
4   FBI AGENT ADAM:  Okay.  I'm not really sure,
5   Matthew.  I'm sitting here talking to you.  I can go
6   find out that answer and give you a call back in just a
7   minute if you want.  No one is coming in there, okay?
8   MR. BEASLEY:  Well, somebody was.
9   FBI AGENT ADAM:  Well, we do have people who
10  are trying to figure out if they can help you out, if
11  we can get you medical.  So there might be people
12  around you, but nobody is coming in your house while
13  we're talking.  We want to see you come out so we can
14  get you that help and so you can tell the agents that
15  came to your door what happened with this whole Ponzi
16  scheme.
17  And, you know, you said you didn't want
18  anybody else to get in trouble.
19  MR. BEASLEY:  I'm sorry, I can't do that.
20  FBI AGENT ADAM:  Why can't you do that,
21  Matthew?
22  MR. BEASLEY:  I can't.  Because there's
23  nothing for me when I come out.  I'm dead so --
24  FBI AGENT ADAM:  There's medical, there's
25  your four kids, there's Paula.

## Page 8

1   MR. BEASLEY:  I can go fucking to prison, I'm
2   going to go to prison, and leave my kids with nothing.
3   That's great.  What an accomplishment I've done.
4   FBI AGENT ADAM:  Well, Matthew, why do you
5   think you're going to leave your kids with nothing if
6   you take this step that we're talking about?
7   MR. BEASLEY:  Because at least there's life
8   insurance.
9   FBI AGENT ADAM:  Well, Matthew, life
10  insurance don't pay out with suicide, I'm sorry to tell
11  you that.
12  MR. BEASLEY:  Yes, it does after two years.
13  FBI AGENT ADAM:  Two years is a long time for
14  a nine-year-old to go with nothing, Matthew.
15  MR. BEASLEY:  No, no, no.  I mean, if you've
16  had the policy for longer than two years.
17  FBI AGENT ADAM:  Well, I trust your guidance
18  on that because you're a lawyer who know those kinds of
19  things.  But I can -- Matthew, your four kids need you
20  around in any capacity.
21  MR. BEASLEY:  In what, in prison?  They need
22  me around in prison?
23  FBI AGENT ADAM:  Matthew, you've got a
24  nine-year-old at home.  As somebody who is getting
25  ready to go through fatherhood, Matthew, let me tell

## Page 9

1   you I want to be there for every single step of the way
2   no matter what capacity I can be.
3   MR. BEASLEY:  You're right, and I did too.
4   FBI AGENT ADAM:  And you still can be,
5   Matthew.  You still can be.
6   MR. BEASLEY:  I fucked this all up.
7   FBI AGENT ADAM:  Matthew, you fucked this --
8   MR. BEASLEY:  I fucked it all up.
9   FBI AGENT ADAM:  Matthew, you made a bad
10  decision today and we're --
11  MR. BEASLEY:  And I'm not even talking about
12  today.  This was not even close to my worst decision
13  today.  My worst decisions happened many years ago.
14  FBI AGENT ADAM:  Hey, like we talked about,
15  these kinds of crimes, jail time is not always assured.
16  Like we talked about, the people who go to prison --
17  MR. BEASLEY:  Oh, I'm going to jail.
18  FBI AGENT ADAM:  Well, and jail --
19  MR. BEASLEY:  If I -- if I come out of here,
20  I'm going to jail so --
21  FBI AGENT ADAM:  And what's your concern with
22  going to jail, Matthew?
23  MR. BEASLEY:  There's -- I don't do it.  I
24  don't do anything for -- it does nothing for my family
25  if I go to jail.

Page 10

1     FBI AGENT ADAM:  It gives you them the
2  opportunity to still see you, still talk to you, still
3  be around you, still celebrate birthdays and
4  Christmases, and weddings, and grandkids.  It gives
5  them all that opportunity with you if you just come
6  out.  You can get out of jail, Matthew.  People bail
7  out and bond out all the time.
8     MR. BEASLEY:  No, no, no.
9     FBI AGENT ADAM:  Well, you're saying no,
10 Matthew, but you know that's true.  You're a lawyer.
11 You've seen people not get prison sentences or get very
12 diminished time; I know you have.  Tell me you haven't.
13    MR. BEASLEY:  Yeah, I have, but that has
14 nothing to do with me.
15    FBI AGENT ADAM:  It has everything to do with
16 you, Matthew, because you understand how the legal
17 system works and you have the knowledge to do that.
18    MR. BEASLEY:  No, I don't.
19    FBI AGENT ADAM:  Well, what makes you say
20 that?  You do have the knowledge.
21    MR. BEASLEY:  No.  I'm real sorry about this,
22 I really am.
23    FBI AGENT ADAM:  Well, I appreciate you
24 apologizing for me, and I do want to hear your side of
25 the story.

Page 11

1     MR. BEASLEY:  No, that's all right.  I'm done
2  telling the story.  Hopefully the letter and what I've
3  told you so far --
4     FBI AGENT ADAM:  Matthew, I still want to --
5  Matthew, I want to hear the rest of the story because
6  the letter is not going to clarify --
7     MR. BEASLEY:  The bank records --
8     FBI AGENT ADAM:  -- everything.
9     MR. BEASLEY:  The bank records will.  It will
10 be all clear as soon as they go through my emails and
11 my bank records.  They will know.
12    FBI AGENT ADAM:  Matthew, Paula is here with
13 us in the area, and she's trying to meet with us, and
14 she's worried about the kids and she's worried about
15 you.  Paula and the kids need you.
16    MR. BEASLEY:  And I don't -- I'm sorry,
17 though.  I'm really sorry.  I'm sorry.
18    FBI AGENT ADAM:  I know you're sorry,
19 Matthew.  I can hear your --
20    MR. BEASLEY:  I'm so fucking sorry.
21    FBI AGENT ADAM:  I know you're sorry,
22 Matthew, but you have a chance to tell them that
23 yourself if you just -- let us get you some medical
24 attention.
25    MR. BEASLEY:  I'm sorry.

Page 12

1     FBI AGENT ADAM:  They want to hear that from
2  you in person.  They want to see you come out of there
3  healthy.  They love you, Matthew.
4     MR. BEASLEY:  And now I -- now I wish -- I
5  mean, I wish I could have just done it and been done
6  with it because, fuck, now my kids are going to be
7  traumatized by being a part of this.
8     FBI AGENT ADAM:  You're right, the kids --
9     MR. BEASLEY:  (Inaudible.)
10    FBI AGENT ADAM:  Well, I think they're just
11 trying to make sure that -- they're trying to be --
12    MR. BEASLEY:  Somebody just threw something
13 in here.
14    FBI AGENT ADAM:  Nobody should -- nobody is
15 coming in the house, though, Matthew.
16    MR. BEASLEY:  Somebody threw something in my
17 house.
18    FBI AGENT ADAM:  Where did they throw it?
19 Where are you in the house, Matthew?
20    MR. BEASLEY:  I'm in the entry where I was
21 shot.
22    FBI AGENT ADAM:  Okay, you're still in the
23 entryway of the house.
24    MR. BEASLEY:  Yes.  But somebody in the back,
25 in the door that they (inaudible).  Please tell me they

Page 13

1  didn't break the fucking door.
2     FBI AGENT ADAM:  We're going to try make sure
3  nobody busts up your house, okay, Matthew?
4     MR. BEASLEY:  Well, they're -- they just --
5     FBI AGENT ADAM:  Matthew --
6     MR. BEASLEY:  -- broke the back door.
7     FBI AGENT ADAM:  Matthew, I'll you this, as
8  long as we're talking no one is going to come in the
9  house, but if we -- if we stop talking --
10    MR. BEASLEY:  They threw something in the
11 house.
12    FBI AGENT ADAM:  Matthew, if we stop talking
13 they're -- something else might happen.  I'm trying to
14 keep that from happening, okay?  I'm trying to get you
15 safely out of there --
16    MR. BEASLEY:  Well, if --
17    FBI AGENT ADAM:  -- and your property in one
18 shape so the kids can continue enjoying the beautiful
19 home you provided for them and your wife.  But I need
20 you to stay on the phone with me.
21    MR. BEASLEY:  Let me tell you -- just tell
22 them to leave me alone, please.
23    FBI AGENT ADAM:  Well, we can't do that now,
24 Matthew.  We're here to get you out safely.
25    MR. BEASLEY:  You're not -- I'm not coming

Page 14

1   out. I apologize to you, I apologize to my family, I
2   apologize to everyone that I hurt, I'm not coming out.
3   I can tell you all I wanted to do is tell my story and
4   now I think I've told it enough.
5       FBI AGENT ADAM: No, we really only have the
6   beginning. I have literally only heard about 2017,
7   Matthew. There's plenty of story to tell.
8
9
10      MR. BEASLEY: It just kept going. It just
11  kept growing and growing and growing, it did.
12      FBI AGENT ADAM: How did it -- how did it
13  grow?
14      MR. BEASLEY: Because --
15      FBI AGENT ADAM: If you want to tell the
16  story, Matthew, you're going to tell it the right way
17  and you're going to tell me the details. So how did it
18  keep growing?
19      MR. BEASLEY: It just kept growing.
20      FBI AGENT ADAM: What does that mean?
21      MR. BEASLEY: J
22
23
24      FBI AGENT ADAM: How would they get involved
25  with this scheme?

Page 15

1       MR. BEASLEY: They weren't involved with the
2   scheme, they would --
3       FBI AGENT ADAM: No, I mean, with their
4   money.
5       MR. BEASLEY: They would give their money to
6   me, and I would supposedly send it to a bunch of
7   attorneys. And then when --
8       FBI AGENT ADAM: And what did you actually do
9   with it?
10      MR. BEASLEY: I kept it and used it to pay,
11  basically pay them back to pay off gambling debts.
12      FBI AGENT ADAM: Who was involved in the
13  gambling debt, Matthew?
14      MR. BEASLEY: What?
15      FBI AGENT ADAM: Who was involved in the
16  gambling debt?
17      MR. BEASLEY: I told you.
18      FBI AGENT ADAM: Well, you told me it was
19  some guys from Philly. That's the most Rocky
20  sounding --
21      MR. BEASLEY: Oh, okay. ████████
22  Junior.
23      FBI AGENT ADAM: Say it again.
24      MR. BEASLEY: ████████ Junior.
25      FBI AGENT ADAM: Okay. Is he here in Vegas?

Page 16

1       MR. BEASLEY: Like I said, on a zip drive in
2   my office on top of the letters I wrote there is a --
3   there is his declaration where he admits he extorted
4   me, he fricking threatened my family. They don't know
5   this of course but --
6       And then on my phone there's the voicemail
7   from somebody that -- apparently from Philadelphia.
8       FBI AGENT ADAM: So --
9       MR. BEASLEY: That I had to end up paying
10  money to.
11      FBI AGENT ADAM: So ████████ was your bookie
12  here in Las Vegas?
13      MR. BEASLEY: Yes.
14      FBI AGENT ADAM: Okay. Thank you for telling
15  me that. So what I'm hearing is, you know, you had
16  enthusiasm for gambling on sports. I'm a sports fan
17  myself. I totally understand that.
18      MR. BEASLEY: No, I was a degenerate.
19      FBI AGENT ADAM: Well, and it sounds like you
20  pulled yourself out of that because you said you
21  weren't really doing that anymore.
22      MR. BEASLEY: Well, yeah, because I didn't
23  have a choice when I got to this point.
24      FBI AGENT ADAM: Right. So, Matthew --
25      MR. BEASLEY: All I was worried about -- all

Page 17

1   I was worried about keeping this fricking thing going
2   so I could spend more time, and now that's come to an
3   end.
4       FBI AGENT ADAM: Well, that hasn't come to an
5   end at all. There's still plenty of time to spend with
6   your nine-year-old.
7       MR. BEASLEY: What are they doing? Are they
8   sending a fucking robot in here?
9       FBI AGENT ADAM: No, they're just going to
10  fly a drone around the outside to see what's going on.
11  That's for their safety too because there's a weapon on
12  you.
13      MR. BEASLEY: I'm telling you what's going
14  on. I promise I'm not here to hurt anybody.
15      FBI AGENT ADAM: And we appreciate that and
16  we're taking your word for it, but the guys that are
17  over there are just doing their own due diligence,
18  okay. No one is coming in the house.
19      MR. BEASLEY: I appreciate that. Okay. But
20  just don't tear up my house, please.
21      FBI AGENT ADAM: Okay. We're not going to
22  tear up your house as long as we're talking, okay.
23  Keep talking to me and everything is fine. We're going
24  to keep the house in good shape for your kids and your
25  wife.

Page 18

1       MR. BEASLEY: Fuck me. This turned out to be
2   a fucking nightmare.
3       FBI AGENT ADAM: Well, it can still end well.
4   We can still get you medical and you can still tell
5   your story the agents. The kids can have you around
6   for the upcoming summer break.
7       MR. BEASLEY: No, they're not going to have
8   me around.
9       FBI AGENT ADAM: Well, how -- how do you
10  think that's going to make them feel, Matthew, that
11  they're -- that this is going to happen to them?
12      MR. BEASLEY: That's (inaudible) part of this
13  whole thing. Hello?
14      FBI AGENT ADAM: Yeah, I'm still here,
15  Matthew. I'm just letting you talk.
16      MR. BEASLEY: The worst part of the whole
17  thing. My wife and my family are --
18      FBI AGENT ADAM: And your wife and your
19  family -- you don't think your wife and your family
20  would care more to see you come out of this than to
21  know that you did something to hurt yourself or kill
22  yourself in their own home, in the home they live in,
23  Matthew?
24      MR. BEASLEY: I wasn't intending to do it
25  here, but this thing went down pretty quick this

Page 19

1   morning.
2       FBI AGENT ADAM: Well, why did you decide
3   today was the day?
4       MR. BEASLEY: I didn't. The FBI decided
5   today was the day.
6       FBI AGENT ADAM: Did you hear about the FBI
7   talking to other people today?
8       MR. BEASLEY: Well, they raided Jeff Judd's
9   house, yes.
10      FBI AGENT ADAM: When they -- when they
11  raided Jeff Judd's house, okay.
12      MR. BEASLEY: Yeah.
13      FBI AGENT ADAM: Okay. So you heard that
14  they raided Jeff's house and you decided --
15      MR. BEASLEY: Well, I knew they were coming
16  here sooner or later.
17      FBI AGENT ADAM: And they came just to talk
18  to you, right?
19      MR. BEASLEY: Yeah, they didn't do anything
20  wrong.
21      FBI AGENT ADAM: Okay. Well, I appreciate
22  you saying that, and again they've received your
23  apologies and thank you for saying that.
24      You know, so I'm going to recap because
25  you've told us a lot and you kind of told -- said some

Page 20

1   pretty heavy stuff in there. So what I'm hearing is
2   that you were trying to provide for your family. You
3   got a little out of control with your gambling, and
4   then ████ provided you, you know, more and more, a
5   bigger line of credit. And he's actually extorting you
6   now.
7       You're just a guy who had a bad habit and was
8   trying to get out of it. And he's actually the guy,
9   the bad guy here.
10      MR. BEASLEY: No.
11      FBI AGENT ADAM: You were just trying to get
12  out of it.
13      MR. BEASLEY: Well, he's a piece of shit,
14  yeah. He's a piece of shit. But what I did is my
15  fault. It's not his fault I fucking turned this into a
16  fucking disaster.
17      FBI AGENT ADAM: Well, nobody got hurt as a
18  result of what you did, and extortion is a crime.
19  ████ is the criminal here. He's the bad guy here.
20  You were -- but you were a good guy in a bad situation,
21  and we see that all the time. Good guys in bad
22  situations make a bad choice, but it's not the end.
23  Matt, there's plenty going on. Can I call you Matt, do
24  you mind?
25      MR. BEASLEY: Yeah, that's my name, Matt.

Page 21

1       FBI AGENT ADAM: Matt, okay. Matt, this
2   is -- Matt, one bad decision or a couple of bad
3   decisions does not mean the end of everything. You
4   were the victim here. ████ was the one who --
5       MR. BEASLEY: No, no. No, no, no, no. Don't
6   even try that. I'm not the victim. I'm the fucking
7   one that -- everybody else is the victim, honestly.
8   Everybody else. I am not a victim. Please don't, no.
9       FBI AGENT ADAM: Why don't you -- why don't
10  you think we should ████ accountable for putting you
11  in this position?
12      MR. BEASLEY: Oh, I hope you do, I hope you
13  do. But, you know, it's not -- I did what I did
14  obviously and, yeah, that was a large part of it, but
15  it had nothing to do with -- it had nothing to do with
16  this, this whole how this turned into this freaking
17  huge, freaking Ponzi scheme.
18      FBI AGENT ADAM: I got you, I got you.
19      MR. BEASLEY: That's my fault.
20      FBI AGENT ADAM: I got you.
21      MR. BEASLEY: He's a piece of shit and that's
22  why I wrote --
23      FBI AGENT ADAM: You still there, Matthew?
24      MR. BEASLEY: Yeah, can you hear me?
25      FBI AGENT ADAM: Yeah, I got you.

Page 22

1     MR. BEASLEY: That's why I wrote his name
2 down and gave you as much information as possible about
3 him because he's a piece of shit and he should go to
4 jail.
5     FBI AGENT ADAM: Well, as a lawyer --
6     MR. BEASLEY: So that --
7     FBI AGENT ADAM: -- let me ask you this, do
8 you think in person testimony would be better than a
9 letter?
10     MR. BEASLEY: Oh, you won't need in person
11 testimony.
12     FBI AGENT ADAM: Why do you say that?
13     MR. BEASLEY: All you have to do is look at
14 all the -- all you have to do is look at the wires and
15 shit that I sent out and you'll find the text messages.
16 I got a declaration from him for God's sake --
17     FBI AGENT ADAM: Don't you want to see --
18     MR. BEASLEY: -- from his email?
19     FBI AGENT ADAM: Don't you want to see
20 ████ held accountable, Matt?
21     MR. BEASLEY: No, I don't. I don't really --
22 at this point I need to -- I need to be done and make
23 this, let this thing move on so more people's houses
24 don't get raided and -- because nobody did anything
25 wrong but me. Jeff Judd's daughter was supposed to be

Page 23

1 getting married tomorrow.
2     FBI AGENT ADAM: Jeff's daughter was getting
3 married tomorrow?
4     MR. BEASLEY: Yeah, and you guys broke down
5 the fricking door. I mean, I fucked up everybody, my
6 family, my kids, and then people that are just innocent
7 victims of this whole fucking disaster.
8     FBI AGENT ADAM: You sound very remorseful,
9 Matt.
10     MR. BEASLEY: Yeah, I've been remorseful for
11 the last -- for three years because I figured it was
12 going to end long before this.
13     FBI AGENT ADAM: I really appreciate the
14 strength you've shown me today, Matt, as you've owned
15 your own mistakes and your kids, and your wife will
16 appreciate that strength as you look them in the eye
17 and tell them you made bad choices. But moving forward
18 things will be different --
19     MR. BEASLEY: No,
20     FBI AGENT ADAM: -- if you come out so we can
21 do that together.
22     MR. BEASLEY: I can't do it, man. I
23 apologize.
24     FBI AGENT ADAM: Well, I'm not the one you
25 need to apologize to, Matt, it's your family.

Page 24

1     MR. BEASLEY: I know.
2     FBI AGENT ADAM: Matt, I don't want to have
3 to apologize to your family.
4     MR. BEASLEY: That's fine.
5     FBI AGENT ADAM: Are you sure? It's going to
6 cause them a lot of pain.
7     MR. BEASLEY: I know it is. I've already
8 caused them more pain than they deserve.
9     FBI AGENT ADAM: Well, pain can be healed
10 over time. Time heals all wounds. But, Matt, if you
11 shoot yourself time doesn't heal that pain.
12     MR. BEASLEY: No.
13     FBI AGENT ADAM: Children never recover from
14 that. Your -- your child is nine years old, Matt. You
15 have an 11-year-old. They will not recover from that.
16 Please don't do that to them, Matt.
17     MR. BEASLEY: I don't have the choice.
18     FBI AGENT ADAM: You have every choice in the
19 world. They need you, they need their father. As they
20 become teenagers in the crazy world that is 2022, they
21 need you.
22     MR. BEASLEY: I don't have a choice.
23     FBI AGENT ADAM: You do have a choice. You
24 have a choice whether to end your life right now and
25 never see your kids again and to have them dealing with

Page 25

1 being the children of a guy who committed suicide, or
2 you have the opportunity to talk to them, be around ad
3 experience moments with them for the rest of their
4 life. Who else can --
5     MR. BEASLEY: More than -- more than -- I'm
6 more than guy that's going to have committed suicide.
7 I'm a dude that ripped off everybody they know.
8     FBI AGENT ADAM: Time heals everything, Matt.
9 Time doesn't heal killing yourself.
10     MR. BEASLEY: No. I just wish that --
11     FBI AGENT ADAM: You wish what, Matt?
12     MR. BEASLEY: Oh, fuck. Nothing.
13     FBI AGENT ADAM: What are you thinking, Matt?
14     MR. BEASLEY: I'm thinking I need to get the
15 balls to fucking pull this trigger, that's what I'm
16 thinking.
17     FBI AGENT ADAM: Well, nobody from me to
18 Paula, to your kids, to the people outside who are here
19 to help you want to see that. You know who does want
20 to see that probably? ████ so he's not held
21 accountable for it.
22     MR. BEASLEY: I don't give a shit about him.
23 He knew --
24     FBI AGENT ADAM: Oh, I think you do, I think
25 you do. I think you give a lot about him because he's

Page 26

1  the guy that put you in this situation.  He led --
2       MR. BEASLEY:  He did, he did --
3       FBI AGENT ADAM:  -- he led you to making bad
4  decisions.
5       MR. BEASLEY:  Oh.
6       FBI AGENT ADAM:  And how can you see ▮▮▮▮
7  held accountable if you shoot yourself in the head?
8       MR. BEASLEY:  I don't care if he's -- he will
9  be held, I know he will, so it doesn't matter.
10      FBI AGENT ADAM:  You think it's going to
11  matter to your kids that ▮▮▮▮ got held accountable
12  if their dad is dead? ▮▮▮▮ can you move at all?
13      MR. BEASLEY:  I can move.  You want me to
14  move?
15      FBI AGENT ADAM:  Well, are you laying down?
16      MR. BEASLEY:  Yeah.
17      FBI AGENT ADAM:  Okay.  Well, I'd like you to
18  move out the front door so we can come give you some
19  medical.
20      MR. BEASLEY:  No, that's all right.  I can't
21  do that.
22      FBI AGENT ADAM:  You said you're in the
23  entryway, the entryway, right?
24      MR. BEASLEY:  Yeah.  I'm sorry, I can't do
25  that.

Page 27

1       FBI AGENT ADAM:  Okay.  Hey, Matthew, I got
2  to be honest with you, man.  I appreciate you talking
3  but some of the people outside are getting kind of
4  concerned and --
5       MR. BEASLEY:  Okay.  Then I'm just going to
6  finish this.
7       FBI AGENT ADAM:  I don't want -- I need you
8  to -- Matthew, no.  The house is going to get --
9       MR. BEASLEY:  Fair enough.  Thank you for --
10      FBI AGENT ADAM:  -- the house is going to get
11  banged up if you do that, Matthew.  Please don't do
12  that.
13      MR. BEASLEY:  What do you mean?
14      FBI AGENT ADAM:  Because if they hear
15  something, Matthew, they're going to come in and
16  they're going to come in fast and they're going to --
17      MR. BEASLEY:  Well, tell them that's me
18  putting a bullet in my fucking head.
19      FBI AGENT ADAM:  They're not necessarily
20  going to believe that, Matthew, because they can't see
21  that with their own eyes.  So we need you to come out
22  and so we can --
23      MR. BEASLEY:  Tell them to get a camera in
24  here.  Tell them to put a camera in.
25      FBI AGENT ADAM:  Okay.  Well, even if I do

Page 28

1  tell them to put a camera in there it's still going to
2  take some time.  So can we stay on the phone will they
3  do that?
4       MR. BEASLEY:  Yeah.  I thought you said you
5  had to get off the phone --
6       FBI AGENT ADAM:  I don't have to get off the
7  phone.
8       MR. BEASLEY:  -- because they were getting
9  anxious.
10      FBI AGENT ADAM:  No, I was trying to tell you
11  what was going on outside because -- because we were --
12  because they were getting anxious.  I'm not getting
13  anxious.  I'm good with you and I.  We're still
14  talking.  You and I are fine, Matt.  I'm learning a lot
15  from you, you're telling me what's going on, and we're
16  still talking, right?  And the house is still in one
17  piece.
18      MR. BEASLEY:  I just -- I can't do it, bud.
19  I'm sorry.
20      FBI AGENT ADAM:  What do you mean you can't
21  do it?
22      MR. BEASLEY:  I'm not coming out.  I can't go
23  to jail.  So --
24      FBI AGENT ADAM:  Well, why can't you go to
25  jail?  I'm -- help me understand why jail is such a big

Page 29

1  deal.
2       MR. BEASLEY:  Because all -- there's nothing
3  for me.  The humility of -- to my family if I go to
4  jail.  They have -- and they'll have nothing, they'll
5  have nothing.  They will literally have fucking
6  nothing.
7       FBI AGENT ADAM:  Well, they still need you
8  around and if you go to jail, they can still be with
9  you whereas if you kill yourself, Matthew, they don't
10  have you around in any capacity.  You can't guide them,
11  you can't be there for your kids weddings, nothing.
12      MR. BEASLEY:  Well, I won't be there for my
13  kids weddings.
14      FBI AGENT ADAM:  You want to miss that?
15      MR. BEASLEY:  There's not a chance.
16      FBI AGENT ADAM:  You don't want to be there
17  for that?
18      MR. BEASLEY:  I'd love to be, but there's no
19  fucking chance I'll make it there.
20      FBI AGENT ADAM:  You'll be around.  You'll
21  see pictures, you'll be able to talk to them on the
22  phone.  You might be there.  Like we said, nothing in
23  this legal process has played out at all.  White collar
24  criminals don't go to prison necessarily.  There's
25  still a ton of things we can --

Page 30

1      MR. BEASLEY:  Oh, yeah.
2      -- we can see how this plays
3  out in the legal system.  You know that better than
4  anyone.  You admitted that to me earlier, Matthew.  You
5  said you see people get off or not go to jail for a
6  long time all the time.  We don't know what's going to
7  happen with the legal system, we don't.
8      MR. BEASLEY:  Okay.
9      FBI AGENT ADAM:  Okay what?
10     MR. BEASLEY:  I'm not going to argue with
11 you.  You're more passionate about it than me.
12     FBI AGENT ADAM:  I'm passionate about seeing
13 you come out of this healthy, Matthew.  I'm passionate
14 as a guy who is about to be a dad of seeing your kids
15 have their dad around.  That's what I'm passionate
16 about, Matthew.  I care about you.  I care about your
17 kids getting to see you.  Your older son wants to see
18 you come out of this okay.  Your wife wants to -- we've
19 talk to both of them, Matthew.
20     MR. BEASLEY:  Okay.
21     FBI AGENT ADAM:  They need you, Matthew, they
22 need you.  We can get you the medical.  They'll see
23 you -- you know, they'll see you as you get better, and
24 then you can work with us.
25     MR. BEASLEY:  No, no.  Sorry.  Can't do it.

Page 31

1      FBI AGENT ADAM:  I --
2      MR. BEASLEY:  I can't do it.
3      FBI AGENT ADAM:  Why can't you do it?  Why --
4  why do you think that killing yourself and missing the
5  rest of your kids life is a better choice than maybe
6  going to jail and maybe (inaudible)?
7      MR. BEASLEY:  There is no fucking maybe.
8  I've destroyed everybody's lives and now it's not fair
9  for me to just be a chicken shit and go to fucking
10 jail.
11     FBI AGENT ADAM:  You don't think killing
12 yourself if what you just called yourself?
13     MR. BEASLEY:  Maybe it is, but --
14     FBI AGENT ADAM:  Wouldn't you rather try
15 to --
16     MR. BEASLEY:  -- being a chicken shit and not
17 doing it is worse.
18     FBI AGENT ADAM:  I disagree with that.  I
19 think you're somebody who understands that they made
20 bad decisions and who wants to apologize and make
21 amends for that.  The way you can make amends with the
22 people you wronged outside of your own family is to
23 come out and figure out ways you can help them.  And
24 you have a lifetime to do that, you have years to do
25 that.  All you have to do is come out of there.

Page 32

1      MR. BEASLEY:  I can't.
2      FBI AGENT ADAM:  If you don't think you can
3  do that right now why don't we keep going with
4  what's -- with what happened.  I believe you can, but
5  if you don't think you can yet -- what happened after
6  you guys --
7      MR. BEASLEY:  (Inaudible.)
8      FBI AGENT ADAM:  Well, Matthew, it's a Ponzi
9  scheme that ran for five years.  There's plenty of more
10 details I don't know about, and I want to make sure I
11 understand if I have to tell the agents this.
12     MR. BEASLEY:  Ask your question and I'll be
13 happy to answer.
14     FBI AGENT ADAM:  Okay.  What other attorneys
15 did you get involved in this?
16     MR. BEASLEY:  None.
17     FBI AGENT ADAM:  You said you went and found
18 other attorneys?
19     MR. BEASLEY:  No, I got names of attorneys.
20 I never actually talked to them.
21     FBI AGENT ADAM:  Okay.  How many different
22 people got involved with you with this in terms of
23 people that came to you with their money?
24     MR. BEASLEY:  Oh, I don't know.  You'll have
25 to ask Jeff Judd that.  There's a lot of money in it,

Page 33

1  though.
2      FBI AGENT ADAM:  Give me a guess how much?
3      MR. BEASLEY:  Like $300 million.
4      FBI AGENT ADAM:  That's a lot of money.
5      MR. BEASLEY:  Yeah.
6      FBI AGENT ADAM:  And if you could explain one
7  more time for me how you were paid?
8      MR. BEASLEY:  How I was what?
9      FBI AGENT ADAM:  How you got their money,
10 what you were promising them in exchange for their
11 money.
12     MR. BEASLEY:  Personal injury settlements
13 basically.  Basically if -- I mean, obviously this is
14 BS, but this is what they were promised.  They were
15 promised that they would get -- they would give their
16 money to someone that settled their case but hadn't
17 received their settlement yet.
18     FBI AGENT ADAM:  Uh-huh.
19     MR. BEASLEY:  They would get -- they would
20 get their money.  They would give their money to me,
21 and I would send it to the other people.  In return
22 within 90 days they would get their money back plus a
23 percentage.
24     FBI AGENT ADAM:  Okay.  Did they ever get
25 anything back?

Page 34

1    MR. BEASLEY:  Hell, everybody up to this
2  point has gotten their money back but now it's --
3  there's going to be problems obviously.
4    FBI AGENT ADAM:  Well, if everybody has got
5  their money back --
6    MR. BEASLEY:  No, no, everybody hasn't got
7  their money back.
8    FBI AGENT ADAM:  Okay.  Try to -- let's
9  clarify this then.
10    MR. BEASLEY:  Everybody --
11    FBI AGENT ADAM:  I'm sorry.  I'm
12  misunderstanding.
13    MR. BEASLEY:  Everybody -- nobody -- people
14  have got money out, but nobody has ever got their --
15  nobody -- I mean, yeah, there are some people that I'm
16  sure have taken out the money that they put in and are
17  just living off the other money.  But there's going to
18  be a lot of people hurt by this.
19    FBI AGENT ADAM:  A lot of people hurt by
20  this?
21    MR. BEASLEY:  Yeah.
22    FBI AGENT ADAM:  Well, you do sound -- you do
23  sound very remorseful.
24    MR. BEASLEY:  It doesn't matter if I'm
25  remorseful or not.  I was remorseful when I realized

Page 35

1  that I can't fix it four years ago, three years ago.
2    FBI AGENT ADAM:  Well, just because we can't
3  fix things in the moment doesn't mean they don't get
4  fixed over time, that things can't happen to build back
5  credibility, wallets.  You know, I've made some bad
6  bets in my life, and I had to dig out of that, and I
7  came out of it.
8    MR. BEASLEY:  Yeah, but, buddy, I'm not.  I'm
9  sorry.
10    FBI AGENT ADAM:  You're not what?
11    MR. BEASLEY:  I'm not making it.  I'm not
12  making it out of this.  I fucked this up, and then
13  now -- now I've been shot for God's sake.  This sucks.
14    FBI AGENT ADAM:  I believe it, but don't you
15  think that if you kill yourself this makes everything
16  worse for the family?  Because again if they hear a
17  gunshot, you know, I can't guarantee what happens next
18  to the home, to you, to anything, and I want to see
19  you, and the house, and everything fine.
20    MR. BEASLEY:  I can't.  I can't go out.  I'm
21  sorry.  I am so fucking sorry.
22    FBI AGENT ADAM:  Well, I'm not the person you
23  need to apologize to, Matt, it's Paula and your kids.
24    MR. BEASLEY:  I know.  I know that.
25    FBI AGENT ADAM:  We're trying to actually get

Page 36

1  Paula and your kids on the phone right now, and your
2  oldest son.
3    MR. BEASLEY:  I don't want to talk to them.
4    FBI AGENT ADAM:  Well, I think they might
5  have some things to say to you.
6    MR. BEASLEY:  I don't -- I -- do not put them
7  on the phone.
8    FBI AGENT ADAM:  Okay.  Why don't you want me
9  to put them on the phone, Matt?
10    MR. BEASLEY:  Because I can't face them.
11    FBI AGENT ADAM:  Okay.  Well, they're not
12  going to be on the phone, okay.  I promise you that
13  won't happen.
14    MR. BEASLEY:  I love -- I love -- I wish -- I
15  wish I would have known before this all started how
16  much I actually do love my family.  I just didn't
17  realize.  I was too fucking stupid.  I didn't realize
18  it.  I love them.  They're everything.
19    FBI AGENT ADAM:  And you have an opportunity
20  to spend the rest of your life showing them that,
21  Matthew.
22    MR. BEASLEY:  I can't.  No, how, how.
23    FBI AGENT ADAM:  It's never too late.
24    MR. BEASLEY:  (Inaudible.)
25    FBI AGENT ADAM:  You can call -- we don't

Page 37

1  even know what's going to happen next.  You can talk to
2  them, you can --
3    MR. BEASLEY:  I do.
4    FBI AGENT ADAM:  -- be there.  You'll be
5  there for moments.  You'll help your kids go through
6  teenagerhood, which is --
7    MR. BEASLEY:  They'll be fucking traumatized
8  forever because they're involved in this.
9    FBI AGENT ADAM:  And how do you think that
10  affects them if you kill yourself, Matthew?
11    MR. BEASLEY:  It ends it.
12    FBI AGENT ADAM:  For you, not for them.
13  Matthew, they got a lifetime of this if you kill
14  yourself.  You don't want that for them.  I just heard
15  you start getting upset thinking about how much you
16  love them.
17    MR. BEASLEY:  Tell them to stop.  They're
18  doing something again.  God damn it.
19    FBI AGENT ADAM:  I think they're just
20  making -- I think they're just making sure that
21  everything is safe.  They might just be moving around.
22  Paula says she still loves you and they --
23    MR. BEASLEY:  It doesn't matter.
24    FBI AGENT ADAM:  Yeah, well, of course it
25  does.  You just said how much you loved --

Page 38

1    MR. BEASLEY: She doesn't even know what I
2  did.
3    FBI AGENT ADAM: And you should get the
4  opportunity to tell her yourself.
5    MR. BEASLEY: Why would I tell her, want to
6  tell her that I'm a piece of shit that ripped off
7  fucking a hundred people or two hundred people?
8    FBI AGENT ADAM: Because you were in deep
9  gambling debt while still trying to provide for your
10  family, and you needed a way out of that while
11  supporting your family. That makes you a good dad who
12  made some bad decisions.
13    MR. BEASLEY: That's chicken shit.
14    FBI AGENT ADAM: We can disagree on that, but
15  she loves you and they want to see you.
16    MR. BEASLEY: I know she loves me.
17    FBI AGENT ADAM: And you love them.
18    MR. BEASLEY: I just hope they know I love
19  them.
20    FBI AGENT ADAM: You can tell them yourself
21  when you come out.
22    MR. BEASLEY: I can't.
23    FBI AGENT ADAM: Why not?
24    MR. BEASLEY: I just can't. I'm sorry, I
25  didn't mean to cause all this fucking trouble either

Page 39

1  with the police and --
2    FBI AGENT ADAM: Matthew, you've been
3  remorseful this whole time and I need you to be strong
4  because you've already owned up to your mistakes.
5  That's the hardest part, you've owned up to those
6  mistakes. And now be strong for your family, Matthew.
7  You were strong for yourself and owned up to your
8  mistakes, now be strong for your four children, Matt.
9  Do it for them. Even if it's not for yourself, do it
10  for them.
11    MR. BEASLEY: No.
12    FBI AGENT ADAM: Because if you take this --
13  if you take this out right now, they deal with that for
14  the rest of their lives. Do you think they care about
15  life insurance versus having their father for anything
16  over the next couple of years? They love you.
17    MR. BEASLEY: I won't be there, I'll be in
18  jail.
19    FBI AGENT ADAM: You're still there for them.
20  Like we've talked about, Matthew, you don't know you're
21  going to jail, and even if you do --
22    MR. BEASLEY: I'm going to jail.
23    FBI AGENT ADAM: You can get out of --
24    MR. BEASLEY: I'm positive.
25    FBI AGENT ADAM: Matthew, people get out of

Page 40

1  jail every single day including people I don't want to
2  get out of jail. You'll get out of jail. And then
3  when you do you get to spend the rest of your life
4  showing them how much you love them because this
5  experience has showed you just how much you love them.
6    MR. BEASLEY: Oh, fuck. Yeah, it would have
7  been nice to talk to you before I got shot.
8    FBI AGENT ADAM: Well, we're talking now and,
9  Matthew, if you come out -- Matthew, we can talk when
10  you come out. I'll be there --
11    MR. BEASLEY: No, no.
12    FBI AGENT ADAM: -- I'll be there to talk to
13  you.
14    MR. BEASLEY: I'm going to get fucking put in
15  handcuffs, and arrested, and --
16    FBI AGENT ADAM: And you know what, even if
17  you are put in handcuffs and arrested, I will be there
18  when they -- when you come out. Matthew, I give you my
19  word. I will come shake your hand as a new father to a
20  father who's got things to teach me. I will be there
21  to talk to you.
22    MR. BEASLEY: No. What do I have to teach
23  you, bud? You don't want anything I've got to teach.
24    FBI AGENT ADAM: How to deal with having four
25  kids.

Page 41

1    MR. BEASLEY: I can't do this. I can't
2  fucking do this.
3    FBI AGENT ADAM: Do what?
4    MR. BEASLEY: I can't come out. I'm sorry.
5    FBI AGENT ADAM: Okay. Well, you're not
6  coming, you're not coming out.
7    MR. BEASLEY: No. Fuck.
8    FBI AGENT ADAM: Matthew, think about what
9  happens -- are you still there, Matthew?
10    MR. BEASLEY: Yeah, (inaudible) phone so --
11    FBI AGENT ADAM: Okay. Think about what
12  happens if you shoot yourself in the head and it
13  doesn't go the way you think it was going to, Matt. We
14  see that. Do you think your family wants to have to
15  see that? I see it all the time. It's not like the
16  movies, Matt. You've already been shot twice. You
17  know how bad it hurts. Don't do this to your family,
18  Matt. Give them the opportunity to make things better
19  with you.
20    MR. BEASLEY: I can't.
21    FBI AGENT ADAM: Yes, you can.
22    MR. BEASLEY: I can't make it better.
23    FBI AGENT ADAM: You have years and years and
24  years to make this better, Matt. It's very easy. All
25  you have to do is come out.

Page 42

1    MR. BEASLEY: They need to leave. They need
2  to forget I exist. They need to go back to Kansas and
3  just --
4    FBI AGENT ADAM: It's impossible to forget a
5  father exists. It's impossible. And you know what,
6  they're definitely not going to be able to forget you
7  if you shoot yourself and kill yourself, Matt, because
8  they will have that on their conscience and their minds
9  for the rest of their lives. Don't do that to your
10  nine-year-old, don't do that to your eleven-year-old.
11  They need you. Think about it. You have never
12  realized how much they need you.
13    MR. BEASLEY: They're coming in the fricking
14  house.
15    FBI AGENT ADAM: No, Matt, they're not coming
16  in the house.
17    MR. BEASLEY: Well, they're doing something.
18    FBI AGENT ADAM: They might be -- they might
19  be moving around but, Matt, I'm not out there. I'm out
20  in the area, but I'm not out with them.
21    MR. BEASLEY: Where are you?
22    FBI AGENT ADAM: I'm around the corner from
23  the neighborhood. I'm sitting here talking and we're
24  all here to help you. The police are out here. We're
25  trying to make sure you're safe. The ambulances are

Page 43

1  here ready to come give you aid. They want to see you
2  come out, Matt.
3    MR. BEASLEY: No.
4    FBI AGENT ADAM: I want to see you come out
5  and I will be there when you come out to talk to you.
6    MR. BEASLEY: I don't want aid.
7    FBI AGENT ADAM: You said you wish you could
8  talk to me before, you're talking to me now. Let's
9  keep talking but in the fresh air. Let's get you out
10  of there and we can talk out here.
11    MR. BEASLEY: No, I can't. I'm real sorry.
12  I -- I fucking -- I'm -- I owe my -- I'm so fucking
13  sorry to my family.
14    FBI AGENT ADAM: Well, hey, Paula told us
15  that she wants you to know that the little -- your
16  little sons just want to come home and see their dad.
17  They want to come back in the home that you provided
18  for them.
19    MR. BEASLEY: She can come back and there's
20  fucking blood all over the place. Jesus.
21    FBI AGENT ADAM: Well, think about how much
22  more there's going to be, Matt, if you do something.
23  You don't want them to see that, right?
24    MR. BEASLEY: No.
25    FBI AGENT ADAM: I don't want them to see

Page 44

1  that. You definitely don't want them to see that. You
2  realized today you love your family more than you knew.
3    MR. BEASLEY: I realized that a couple of
4  years ago and I've tried to be a better father and a
5  better husband since then, but it's --
6    FBI AGENT ADAM: And we can still --
7    MR. BEASLEY: -- too late.
8    FBI AGENT ADAM: -- and we can -- it's not
9  too late, Matt. We can still continue that upward
10  journey. You can --
11    MR. BEASLEY: No, bud. I have to go. Oh,
12  fuck.
13    FBI AGENT ADAM: You don't have to go
14  anywhere, Matt.
15    MR. BEASLEY: Fuck.
16    FBI AGENT ADAM: Please let me send the
17  paramedics in there to help you.
18    MR. BEASLEY: Why?
19    FBI AGENT ADAM: Because I want to see you
20  come through this so you can be a father to your four
21  kids, so you can help them --
22    MR. BEASLEY: No, the paramedics come in then
23  I'm going to get arrested.
24    FBI AGENT ADAM: You're going to -- Matt, you
25  might get put in handcuffs but that's for everyone's

Page 45

1  safety. And let me tell you, I --
2    MR. BEASLEY: If I get put in handcuffs it's
3  going to hurt real bad because I think this did bust my
4  collarbone.
5    FBI AGENT ADAM: Okay. Well, thank you for
6  telling me that. I'll make sure that they know that,
7  so they don't make -- they don't cause any extra pain.
8  Don't do this to your family, Matt.
9    MR. BEASLEY: No, I can't. I can't.
10    FBI AGENT ADAM: You can't -- I think you
11  can. You said you're worried about the kids coming in
12  and seeing blood all over the floor. Imagine if you
13  shoot yourself in the head, Matt. How -- what's that
14  going to look like to your nine-year-old, and your
15  eleven-year-old, and your wife who loves you and just
16  wants to see you be okay?
17    MR. BEASLEY: It's over now.
18    FBI AGENT ADAM: Nothing is over. We're
19  still talking. There's nothing over.
20    MR. BEASLEY: No. No, it's over. This
21  happened, it's over.
22    FBI AGENT ADAM: No, this chapter might be
23  over but it's not the end of the --
24    MR. BEASLEY: I just got to have the balls to
25  be fucking be a man and do the right thing.

12 (Pages 42 to 45)

Page 46

1      FBI AGENT ADAM:  You know what balls and
2  being a man look like to me, Matt?  It's a guy who owns
3  up to his mistakes and deals with them and then is
4  there to make them better and help his family despite
5  his bad decisions.
6      MR. BEASLEY:  There's no way I could help my
7  family.
8      FBI AGENT ADAM:  That's what a man is, Matt.
9  A man is not somebody who shoots himself in the head.
10 That's not a man.
11     MR. BEASLEY:  There's no way I could help my
12 family.
13     FBI AGENT ADAM:  You can be there for them.
14 You being there for them is enough.
15     MR. BEASLEY:  No, it's not.
16     FBI AGENT ADAM:  Think about when you were a
17 kid, just having your dad there, having your parents
18 around, that meant everything.
19     MR. BEASLEY:  No, my dad wasn't around.
20     FBI AGENT ADAM:  Well, thank you for telling
21 me that.  And you're being a better father already.
22 But if your dad wasn't around, think about how that
23 made you feel and think about how it's going to make
24 them feel when you're not around.
25     MR. BEASLEY:  Hey, is this recorded still?

Page 47

1      FBI AGENT ADAM:  Yes.
2      MR. BEASLEY:  Good.  You make sure that he
3  knows, Kenneth Beasley, he's a piece of shit.
4      FBI AGENT ADAM:  Who is that?
5      MR. BEASLEY:  My father.
6      FBI AGENT ADAM:  Is he still alive?
7      MR. BEASLEY:  Yeah, he's a piece of shit.
8      FBI AGENT ADAM:  What makes you say that?
9  What did you learn from him about being a good or bad
10 dad?
11     MR. BEASLEY:  I learned about how to be a bad
12 dad apparently.
13     FBI AGENT ADAM:  No, think you're good -- I
14 think you're a good dad.  Is he back in Kansas?
15     MR. BEASLEY:  No, I don't know where the fuck
16 he is.  Who cares?  I haven't talked to him in 22
17 years.  But he -- he's a piece of shit and he should
18 know it.
19     FBI AGENT ADAM:  Where is your mom?
20     MR. BEASLEY:  She's in Vegas.
21     FBI AGENT ADAM:  In Vegas.  You don't think
22 your mom cares what happens to her son?  You don't
23 think she wants you to see --
24     MR. BEASLEY:  I'm sure she does, but that's
25 not -- that's not my priority.  My priority is fucking

Page 48

1  my family.
2      FBI AGENT ADAM:  If your priority is your
3  family, Matt, thank you for saying that, then you
4  should be there for them going forward.  And all you
5  have to do to be there for them going forward is to
6  come out.
7      MR. BEASLEY:  I can't.
8      FBI AGENT ADAM:  I think you can.  They want
9  to give you medical attention, they want to talk to
10 you.  Your family wants to see you.  I want to meet
11 you.
12     MR. BEASLEY:  No, I'm just -- I just wish
13 those guys could have aimed better.  Fuck.
14     FBI AGENT ADAM:  Well, I know you're in a lot
15 of pain and we want to get you some medical treatment,
16 so it doesn't hurt anymore.
17     MR. BEASLEY:  Oh, fuck me.  Hello?
18     FBI AGENT ADAM:  I'm still here, Matthew.
19     MR. BEASLEY:  Okay.  Oh, fuck.
20     FBI AGENT ADAM:  Are you still in the
21 entryway, Matt?  Have you moved at all?
22     MR. BEASLEY:  No, I -- I'm not --
23     FBI AGENT ADAM:  Okay.  You can't move?
24     MR. BEASLEY:  I'm not sure I can move but --
25     FBI AGENT ADAM:  Okay.  What shoulder did you

Page 49

1  get hit in?
2      MR. BEASLEY:  Left and right.  Well, the
3  shoulder -- I think it just, it might have just been
4  the right.  I don't know what happened over there, but
5  the shoulder is the right.  The left is, like, the
6  chest and collarbone or something.
7      FBI AGENT ADAM:  Okay.  Thank you for telling
8  me that.  What kind of weapon do you have, Matt?
9      MR. BEASLEY:  Oh, fuck.
10     FBI AGENT ADAM:  Matt, what kind of gun do
11 you have?
12     MR. BEASLEY:  Nine-millimeter.
13     FBI AGENT ADAM:  Nine-millimeter.  What
14 brand?
15     MR. BEASLEY:  Ruger.
16     FBI AGENT ADAM:  Oh, Ruger, okay.  How long
17 have you had it?
18     MR. BEASLEY:  My son is 22 years old.  I
19 bought it when my son was -- right before my son was
20 born because I wanted to make sure I could protect him.
21 What a fucking joke.
22     FBI AGENT ADAM:  Why do you think it's a
23 joke?
24     MR. BEASLEY:  Because clearly, I'm not doing
25 much good right now, am I?

## Page 50

1   FBI AGENT ADAM:  Well, you're protecting
2   them by talking to me.  You're protecting me by not
3   shooting yourself.  Think about -- Matt, don't use the
4   weapon that you bought to protect your son to take
5   yourself out of their life.  Don't do that.
6   MR. BEASLEY:  Oh, fuck.
7   FBI AGENT ADAM:  Be there for your kids.  The
8   end of a chapter is not the end of the book, Matt.
9   MR. BEASLEY:  That's a fucking -- no, I
10   can't.  I'm sorry.
11   FBI AGENT ADAM:  I'm not the one you need to
12   apologize to, it's your family.
13   MR. BEASLEY:  I know.
14   FBI AGENT ADAM:  You won't get that
15   opportunity if you shoot yourself.  You cannot
16   apologize to your family if you shoot yourself.
17   MR. BEASLEY:  I know.
18   FBI AGENT ADAM:  Make that change that you
19   want to see today.
20   MR. BEASLEY:  I can't.  I'm sorry, I just
21   can't.  Oh, fuck.
22   FBI AGENT ADAM:  Why don't you think you can?
23   MR. BEASLEY:  Oh, fuck.  Oh, I just can't.
24   FBI AGENT ADAM:  It's not too late to make
25   that change.  If you keep --

## Page 51

1   MR. BEASLEY:  No, it is.
2   FBI AGENT ADAM:  You keep saying it's too
3   late, but it's not too late for anything, Matt, not at
4   all.
5   MR. BEASLEY:  I've fucking destroyed
6   everything.
7   FBI AGENT ADAM:  No, you didn't.  You made
8   some bad decisions and it's -- you've owned up to them
9   and now it's time to move forward and rebuild your
10   relationship with your family and everybody else.  Now
11   is not the time to be a man and take the easy way
12   out.  Be a man and do the work.  Don't be like your
13   father who left.
14   MR. BEASLEY:  I should have never told you
15   that.  I just wanted you to have on the recording that
16   he was a piece of shit.  That's all I wanted.  I didn't
17   want you to use it against me.
18   FBI AGENT ADAM:  Am I wrong, Matt?
19   MR. BEASLEY:  That I'm a piece of shit?  No,
20   you're not.
21   FBI AGENT ADAM:  That's not what I said.
22   MR. BEASLEY:  See, but that's the truth.
23   FBI AGENT ADAM:  No.  I don't think that.  I
24   genuinely don't think that, Matt.
25   MR. BEASLEY:  I can't come out, dude.  I'm

## Page 52

1   sorry.  I really am sorry for all I've caused, all
2   the -- not just in the last five years but today.  I am
3   so fucking sorry.
4   FBI AGENT ADAM:  Matt, I'm not sorry because
5   it gave me the opportunity -- it gave me the
6   opportunity to talk to you.
7   MR. BEASLEY:  This is not how it was supposed
8   to go down.
9   FBI AGENT ADAM:  I hear that it's not the way
10   that it's supposed to go down, but this is how we've
11   gotten here and now your family wants to see you come
12   out okay.  Because guess what, now your kids know about
13   things before they get to see the letters.  So now you
14   need to see them, look them in the eye, and tell them
15   what you did and work on building things back up.
16   Because you're a great --
17   MR. BEASLEY:  No, no.
18   FBI AGENT ADAM:  No what?
19   MR. BEASLEY:  I can't -- I can't look at my
20   kids.  Fuck.  Who's here?
21   FBI AGENT ADAM:  Matt?
22   MR. BEASLEY:  Who just fucking came in here?
23   FBI AGENT ADAM:  Matt, somebody is in there?
24   MR. BEASLEY:  Yes, somebody is in my fucking
25   house.

## Page 53

1   FBI AGENT ADAM:  I don't think anybody is in
2   there, Matt.
3   MR. BEASLEY:  Somebody just fucking came
4   through here.
5   FBI AGENT ADAM:  Did you see them?
6   MR. BEASLEY:  I heard them fucking a bunch of
7   falling.
8   FBI AGENT ADAM:  Could it have been the dogs?
9   MR. BEASLEY:  No, the dogs are in the other
10   room.
11   FBI AGENT ADAM:  You don't see anybody?
12   MR. BEASLEY:  Don't bullshit with me.  If
13   somebody is in here, tell me somebody is in here.
14   FBI AGENT ADAM:  Matt, as far as I know --
15   MR. BEASLEY:  I don't want to -- I don't want
16   to fucking somebody else to get hurt.
17   FBI AGENT ADAM:  Well, of course and I
18   appreciate you not wanting anybody else to get hurt,
19   but I don't -- Matt, I'm telling you, I'm not right
20   there.  I don't know what's goin on over there, but as
21   far as I know as long as you say you're talking to me no
22   one is coming in.
23   MR. BEASLEY:  Ah.  Oh, fuck.  Somebody is in
24   here.
25   FBI AGENT ADAM:  Hey, Matt.

Page 54

1    MR. BEASLEY:  Somebody, somebody is fucking
2  in here.
3    FBI AGENT ADAM:  Well, keep talking to me and
4  if you see them let me know, okay, so I can tell them
5  that they're not supposed to be in there.
6    MR. BEASLEY:  Oh, fuck.
7    FBI AGENT ADAM:  What is it?
8    MR. BEASLEY:  I'm fucking -- nothing,
9  nothing.
10    FBI AGENT ADAM:  Okay.  Hey, Matt --
11    MR. BEASLEY:  Somebody is fucking in here.
12    FBI AGENT ADAM:  Hey, Matt.
13    MR. BEASLEY:  What?
14    FBI AGENT ADAM:  Matt is here, and he has a
15  message for you.
16    MR. BEASLEY:  I know he --
17    FBI AGENT ADAM:  He wants to --
18    MR. BEASLEY:  I don't want -- I don't want to
19  talk to -- fuck.
20    FBI AGENT ADAM:  He's not -- you're not going
21  to talk to him, but I have a message you need to hear
22  from him.  Will you listen to that message, Matt?
23    MR. BEASLEY:  No.
24    FBI AGENT ADAM:  You won't listen to it if I
25  play it for you?

Page 55

1    MR. BEASLEY:  No, no.
2    FBI AGENT ADAM:  Why won't you listen to it?
3    MR. BEASLEY:  No.  Because I can't.
4    FBI AGENT ADAM:  Your son loves you and wants
5  you to come out.  He's terrified for you.  He's
6  terrified for his mother, he's terrified for his
7  siblings and again he's terrified for you.  Don't put
8  them through this, Matt.
9    MR. BEASLEY:  I've already put them through
10  it unfortunately.
11    FBI AGENT ADAM:  You put them through one
12  thing.
13    MR. BEASLEY:  I can end this, though.
14  They're going to be humiliated.  I can't let my kids go
15  back to school.  I mean --
16    FBI AGENT ADAM:  Think about -- think about
17  the humiliation that they'll have to go through if you
18  kill yourself, Matt.
19    MR. BEASLEY:  They've already -- they're
20  already going to have to go through it, bud.  I'm
21  sorry.  Oh, fuck me.  Oh.
22    FBI AGENT ADAM:  Matt has told that he really
23  wants you to hear what he has to say.
24    MR. BEASLEY:  I -- I can't.  I can't.  I'm so
25  sorry to him.  I failed him probably most of all.

Page 56

1    FBI AGENT ADAM:  What makes you say that?
2    MR. BEASLEY:  Because I did.  Because the
3  first fricking 17 years of his life I wasn't a good
4  father.
5    FBI AGENT ADAM:  Well, you still have the
6  next 50 years of his life to be a great father.
7  Relationships change, they evolve.  They get worse,
8  they get better.  But the only thing that lets that
9  happen is time, Matt.  If you kill yourself that time
10  is over.
11    MR. BEASLEY:  No.
12    FBI AGENT ADAM:  The time is over for your
13  son, the time is over for your nine-year-old, the time
14  is over for your eleven-year-old.
15    MR. BEASLEY:  Please, just stop.  We can stay
16  on the phone.  Just let me think for a minute.
17    FBI AGENT ADAM:  Okay, I'm right here.
18    MR. BEASLEY:  Oh, fuck.  Oh, fuck.
19    FBI AGENT ADAM:  Hey, Matt, do you want to
20  take a little break from talking to me?
21    MR. BEASLEY:  I don't want to get off the
22  phone.
23    FBI AGENT ADAM:  Okay, I'm here for you, I'm
24  here.
25    MR. BEASLEY:  I'm afraid if I get off the

Page 57

1  phone I'm going to be killed and I don't want anybody
2  else to have to suffer with that.
3    FBI AGENT ADAM:  Well, thank you for saying
4  that because that shows me that you do have a big
5  heart.
6    MR. BEASLEY:  Dude, I just don't want -- I've
7  caused enough problems for -- and enough pain for
8  enough people that there's no reason for somebody to
9  regret -- that they should have to regret killing me.
10  That's why I wanted to apologize to those two guys
11  before.
12    FBI AGENT ADAM:  And they've -- they've
13  gotten your apology and they're still talking to you,
14  you know, some of our superiors.  But they've received that
15  apology and thank you again for doing that.  It shows
16  me a lot about who you are as a man, that you do that.
17  Because, Matt, not many people apologize to us.
18    MR. BEASLEY:  I believe that.
19    FBI AGENT ADAM:  But you did because you're a
20  good guy who made a bad choice.
21    MR. BEASLEY:  Lots of them.
22    FBI AGENT ADAM:  And that's what your family
23  is going to think of you too.
24    MR. BEASLEY:  I hope so.  I hope that's what
25  they believe when I'm gone.

Page 58

1      FBI AGENT ADAM:  Well, that's what they're
2  going to believe when they get to see you for the next
3  30, 40 years.
4      MR. BEASLEY:  They're not going to.  I'm
5  sorry.
6      FBI AGENT ADAM:  Do you really believe that
7  they're going to think you were good if you kill
8  yourself today, Matt?
9      MR. BEASLEY:  Probably not.  Probably not.
10     FBI AGENT ADAM:  Then don't make that choice
11  for them.  Work through this with your family.
12  Continue to be the better dad.
13     MR. BEASLEY:  I can't.  I can't work through
14  anything with anybody.
15     FBI AGENT ADAM:  You're working through
16  things with me right now.  You're talking to me right
17  now.  Thank you for doing that.
18     MR. BEASLEY:  I'm just talking to you because
19  I wanted to make sure I cleared the story and so nobody
20  else go in trouble because nobody else is responsible
21  for this but me.
22     FBI AGENT ADAM:  Well, you can give much more
23  detailed testimony if you're out, if you're not in
24  there, if you don't kill yourself.
25     MR. BEASLEY:  Why would I testify?

Page 59

1      FBI AGENT ADAM:  I mean, you can talk to
2  me --
3      MR. BEASLEY:  I'm telling you I'm guilty, I
4  did this entire thing.
5      FBI AGENT ADAM:  Well, that makes you a
6  standup guy for wanting to taking responsibility for
7  this.
8      MR. BEASLEY:  No, it just makes me not want
9  to see other people fricking get punished for something
10  they didn't do.
11     FBI AGENT ADAM:  Isn't that the same thing?
12     MR. BEASLEY:  I don't think so.
13     FBI AGENT ADAM:  Okay.
14     MR. BEASLEY:  I would respectfully disagree.
15     FBI AGENT ADAM:  Well, thank you for your
16  respectfully disagree.
17     MR. BEASLEY:  Jesus Christ.
18     FBI AGENT ADAM:  Where do your two youngest
19  go to school?
20     MR. BEASLEY:  ███████████
21  ███████████████████  What
22  grades are they in?
23     MR. BEASLEY:  Fourth and fifth.
24     FBI AGENT ADAM:  Do you remember what it was
25  like being in fourth and fifth grade?

Page 60

1      MR. BEASLEY:  Not even.
2      FBI AGENT ADAM:  What a weird time.  What do
3  they like to do?  What do they like to do with you?
4      MR. BEASLEY:  That's the thing, maybe they
5  don't like to do anything with me.
6      FBI AGENT ADAM:  Oh, that's not -- that's not
7  true, Matt.  You and I both know that.
8      MR. BEASLEY:  Well, we fish, we fish.  We had
9  a good time fishing this summer.
10     FBI AGENT ADAM:  Where did you go?
11     MR. BEASLEY:  I have house in Lake Tahoe.
12     FBI AGENT ADAM:  Very nice.  Lake Tahoe is
13  one of my favorite places on earth.  It's beautiful up
14  there.  Did you take them boating?  Who did you take up
15  there?
16     MR. BEASLEY:  My whole family.
17     FBI AGENT ADAM:  All five of them and
18  yourself?
19     MR. BEASLEY:  Yeah.
20     FBI AGENT ADAM:  Yeah.  How many days did you
21  spend up there?
22     MR. BEASLEY:  I spent the summer up there.
23     FBI AGENT ADAM:  The whole summer?
24     MR. BEASLEY:  Yeah.
25     FBI AGENT ADAM:  That's awesome.  I'm sure

Page 61

1  your family loved having that memory with you, spending
2  an entire summer --
3      MR. BEASLEY:  Yeah.
4      FBI AGENT ADAM:  -- in one of the most
5  beautiful places on earth.
6      MR. BEASLEY:  Yeah.
7      FBI AGENT ADAM:  What kind of fish did you
8  catch up there?
9      MR. BEASLEY:  Oh, we caught all sorts of.  He
10  caught the most, though.  ████ caught the most.
11     FBI AGENT ADAM:  ████ did?
12     MR. BEASLEY:  Yeah.
13     FBI AGENT ADAM:  And that's your 11-year-old?
14     MR. BEASLEY:  Uh-huh.
15     FBI AGENT ADAM:  Your 11-year-old --
16     MR. BEASLEY:  He did good.
17     FBI AGENT ADAM:  Yeah.  Just a natural at it?
18     MR. BEASLEY:  He did good.  Yeah.  ████████
19  was -- ████ was more my net guy.
20     FBI AGENT ADAM:  He was your net guy?
21     MR. BEASLEY:  ████ was, yeah.
22     FBI AGENT ADAM:  He must be big and strong to
23  get those fish in there like that.
24     MR. BEASLEY:  No, small.  Oh, my God.
25     FBI AGENT ADAM:  What's going on, Matt?

Page 62

1     MR. BEASLEY:  Nothing.  Oh, fuck.
2     FBI AGENT ADAM:  What else did you guys do up
3  in Tahoe?
4     MR. BEASLEY:  That's about it.
5     FBI AGENT ADAM:  Huh?
6     MR. BEASLEY:  That's about it.
7     FBI AGENT ADAM:  Just fished, fished all
8  summer, spent time in paradise?
9     MR. BEASLEY:  Yeah, yeah.
10     FBI AGENT ADAM:  What did you guys do at
11  night up there?
12     MR. BEASLEY:  Not much.  Just (inaudible.)
13     FBI AGENT ADAM:  Yeah.
14     MR. BEASLEY:  Oh, my God.
15     FBI AGENT ADAM:  What do ██ and ███ like
16  to do, you know, during the school year?  Do they have
17  any hobbies, or sports, or anything like that?
18     MR. BEASLEY:  ██████ plays soccer and ████
19  plays golf.
20     FBI AGENT ADAM:  Ew, golf.  Are you a golfer?
21     MR. BEASLEY:  No.
22     FBI AGENT ADAM:  No.  Where does he like to
23  play around?
24     MR. BEASLEY:  He goes to Angel Park.
25     FBI AGENT ADAM:  Angel Park.

Page 63

1     MR. BEASLEY:  I'm sure that's done now too.
2     FBI AGENT ADAM:  What do you mean?
3     MR. BEASLEY:  My wife needs to take my family
4  and go back to Kanas City with her family and her
5  family there.
6     FBI AGENT ADAM:  Your wife should be closer
7  to you with the kids, don't you think?
8     MR. BEASLEY:  No, I think she needs to take
9  my kids and go back to Kansas City.
10     FBI AGENT ADAM:  Why do you think that?
11     MR. BEASLEY:  Because that's the best thing
12  for them.
13     FBI AGENT ADAM:  Well, don't you think they
14  should be --
15     MR. BEASLEY:  (Inaudible.)
16     FBI AGENT ADAM:  -- (inaudible) to Kansas?
17     MR. BEASLEY:  I won't be, and this is a
18  fucking disaster.  What an idiot.
19     FBI AGENT ADAM:  Bad decisions don't make us
20  idiots, Matt.
21     MR. BEASLEY:  Yeah.  This one does.  Oh,
22  fuck.
23     FBI AGENT ADAM:  What's going on?
24     MR. BEASLEY:  Nothing, nothing at all.
25     FBI AGENT ADAM:  You don't --

Page 64

1     MR. BEASLEY:  I knew this -- I knew this was
2  going to happen.
3     FBI AGENT ADAM:  What do you mean?
4     MR. BEASLEY:  I knew that this was eventually
5  going to happen.  I just wasn't ready for it.
6     FBI AGENT ADAM:  Ready for which part?
7     MR. BEASLEY:  All of it.
8     FBI AGENT ADAM:  When did you write the
9  letters?
10     MR. BEASLEY:  I started them a while back
11  when I thought something was happening.
12     FBI AGENT ADAM:  What made you think
13  something was happening back then?
14     MR. BEASLEY:  Somebody said the FBI was
15  investigating, and it doesn't take much to figure out
16  that it was a Ponzi scheme so --
17     FBI AGENT ADAM:  How long ago did that
18  happen?
19     MR. BEASLEY:  Back in July.
20     FBI AGENT ADAM:  July of this year?
21     MR. BEASLEY:  Yeah.
22     FBI AGENT ADAM:  So you -- you were up in
23  Tahoe when you heard about that?
24     MR. BEASLEY:  Yeah.  No, I take it back.
25  That's not true.  It happened when I was here, so it

Page 65

1  must have been August.
2     FBI AGENT ADAM:  Okay.  So after you got back
3  from Tahoe you might have heard that the FBI was
4  looking at you?
5     MR. BEASLEY:  Not looking at me, looking at
6  Jeff because, you know, the business is his.  I'm just
7  the lawyer that transferred the money.
8     FBI AGENT ADAM:  What kind of business does
9  Jeff have?
10     MR. BEASLEY:
11
12     FBI AGENT ADAM:  Okay.
13     FBI AGENT ADAM:  It's me.
14     FBI AGENT ADAM:  Got you.
15     MR. BEASLEY:
16
17     FBI AGENT ADAM:  So --
18     MR. BEASLEY:
19
20
21
22     FBI AGENT ADAM:  And you have the opportunity
23  to work --
24     MR. BEASLEY:  I can't fix it, I can't fix it,
25  bud.

Page 66

1    FBI AGENT ADAM:  You can fix some of it.  You
2  work to --
3        MR. BEASLEY:  No.
4    FBI AGENT ADAM:  -- build things back up.
5        MR. BEASLEY:  I can't fix it.  I'm so sorry.
6    FBI AGENT ADAM:  Well, again, Matt, I'm not
7  the person you need to apologize for, but thank you for
8  the apology.  Just to let you know Paula is in your
9  rental house across the highway.
10        MR. BEASLEY:  Uh-huh.
11    FBI AGENT ADAM:  She's incredibly worried
12  about you.
13        MR. BEASLEY:  I -- I know, I know.  Is my
14  whole family over there?
15    FBI AGENT ADAM:  Sir?
16        MR. BEASLEY:  Is my whole family up over
17  there?
18    FBI AGENT ADAM:  Matt is here.
19        MR. BEASLEY:  Well, tell him to go over there
20  too please.
21    FBI AGENT ADAM:  I'm here talking to you.
22        MR. BEASLEY:  I need him to go over there
23  too, please.
24    FBI AGENT ADAM:  Why do you want him to go
25  over there, Matt?

Page 67

1        MR. BEASLEY:  Because he doesn't need to be
2  here.
3    FBI AGENT ADAM:  Well, he's worried about you
4  as any son would be.
5        MR. BEASLEY:  Well, I appreciate that, but he
6  needs to go to his mother and his brother.
7    FBI AGENT ADAM:  He's too afraid to leave his
8  father.
9        MR. BEASLEY:  Tell him to go his mother and
10  his brothers right now, please.
11    FBI AGENT ADAM:  I'm talking to you, but I
12  can communicate that to my co-workers outside, okay?
13        MR. BEASLEY:  Thank you.
14    FBI AGENT ADAM:  Okay, give me just a second
15  and I'll do that, okay?
16        MR. BEASLEY:  Thank you.
17    FBI AGENT ADAM:  Promise me you're still
18  going to be here when I come back.
19        MR. BEASLEY:  Yeah, unless somebody comes in
20  this house.
21    FBI AGENT ADAM:  Okay, I'll be right back.
22        MR. BEASLEY:  Which they seem to be wanting
23  to.
24    FBI AGENT ADAM:  No one is coming in while
25  we're talking, okay?  I'll be right back.

Page 68

1        MR. BEASLEY:  Okay.
2    (Pause.)
3    FBI AGENT ADAM:  Hey, Matt, you still there?
4        MR. BEASLEY:  Yeah.
5    FBI AGENT ADAM:  Hey, thanks for staying on
6  the line.  So I relayed that message and they're going
7  to tell Matt what you said, okay?
8        MR. BEASLEY:  Okay.
9    FBI AGENT ADAM:  Again we do have that
10  message here if you want to hear from him.
11        MR. BEASLEY:  I can't hear it.  I love that
12  boy.
13    FBI AGENT ADAM:  Well, he loves you too.
14  I've heard the message and he loves you and he wants to
15  see you come out.
16        MR. BEASLEY:  I can't.
17    FBI AGENT ADAM:  Okay, I won't play it.  If
18  you don't want me to, I won't play it.
19        MR. BEASLEY:  But I can't fucking come out.
20    FBI AGENT ADAM:  It's as easy as going to the
21  door and letting people take care of you, that's all it
22  is.
23        MR. BEASLEY:  I can't.
24    FBI AGENT ADAM:  I'll be here when you come
25  it.  You'll see your family when you come out.

Page 69

1        MR. BEASLEY:  I'm going to fucking jail.
2    FBI AGENT ADAM:  They might -- they might
3  take you to the hospital first to make sure you're
4  okay.  They're going to make sure you're okay before
5  anything else and then --
6        MR. BEASLEY:  I don't --
7    FBI AGENT ADAM:  And then who knows what's
8  going to happen.  You're going to the hospital.  You've
9  been shot.
10        MR. BEASLEY:  I got -- sorry.  I can't.
11    FBI AGENT ADAM:  You've got to what?
12        MR. BEASLEY:  I got to finish this.
13    FBI AGENT ADAM:  We can finish this by you
14  putting the gun down and going outside.
15        MR. BEASLEY:  I can't go outside.  I can't.
16    FBI AGENT ADAM:  The only person who's
17  keeping you from going outside is yourself, you.
18        MR. BEASLEY:  I don't think I can even stand
19  up first off so --
20    FBI AGENT ADAM:  You don't think you can
21  stand up?
22        MR. BEASLEY:  Yeah, I don't think I can get
23  up so --
24    FBI AGENT ADAM:  Okay.  Well, then we can
25  have the paramedics come in and give you aid.

18 (Pages 66 to 69)

Page 70

1    MR. BEASLEY:  No.
2    FBI AGENT ADAM:  We have trained paramedics
3  who can come in and give you aid.
4    MR. BEASLEY:  And that wouldn't be very smart
5  to send them in here with some psychopath with a
6  fricking gun by themselves, would it?
7    FBI AGENT ADAM:  Well, guys on our team are
8  paramedics and they can render aid to you, but you have
9  to put the gun down and we can work together on how
10  they can provide that aid.  Nobody wants to hurt you,
11  nobody wants to see you hurt yourself, I guarantee
12  that.  Your kids don't want it, I don't want it, the
13  guys on the team don't want it.
14    MR. BEASLEY:  I can't do it.  I'm sorry, you
15  tried.  You've done a good job, you really have.  I'm
16  impressed with it.
17    FBI AGENT ADAM:  Matt, stay with me on the
18  phone.
19    MR. BEASLEY:  I can't do this anymore.
20    FBI AGENT ADAM:  Matt, stay with me on the
21  phone.  Matthew, please stay with me on the phone so I
22  don't have to go tell your family what happened.
23    MR. BEASLEY:  Oh, fuck.
24    FBI AGENT ADAM:  Because I'm going to be the
25  one that has to tell them that.

Page 71

1    MR. BEASLEY:  And I apologize for that then.
2    FBI AGENT ADAM:  Well, let's not -- let's not
3  put me in that position.  Let's work -- let's work
4  together to get you some medical.
5    MR. BEASLEY:  I don't want medical.  I want
6  to -- I want to die.  I wish they would have finished
7  the job as bad as I feel that they have to do it
8  instead of me.  I wish they would have fucking finished
9  it.
10    FBI AGENT ADAM:  Well, what happened happened
11  and we're here now and I want you to tell them how
12  sorry you are for the things that have happened.
13    MR. BEASLEY:  No.
14    FBI AGENT ADAM:  I don't want to -- I don't
15  want to have to relay that message.  I want you to do
16  it.
17    MR. BEASLEY:  I can't.
18    FBI AGENT ADAM:  Sure you can.  If you -- if
19  you want me there when you tell them, I'll be there
20  too.
21    MR. BEASLEY:  Thank you.  Oh, fuck.
22    FBI AGENT ADAM:  You don't think your kids
23  want the opportunity to go to Tahoe more with you, to
24  enjoy family trips with you?
25    MR. BEASLEY:  I'll never be in Tahoe, and

Page 72

1  neither will they.  We'll lose the house, we'll lose
2  everything.
3    FBI AGENT ADAM:  Vacations happen every day.
4  Not having a house out there doesn't mean you can't go.
5  And who knows what's going to happen in 5, 10, 15, 20
6  years.  You could be back there, no problem.
7    MR. BEASLEY:  I need to --
8    FBI AGENT ADAM:  People bounce back every
9  day.
10    MR. BEASLEY:  There's no bouncing back from
11  this, bud.  I'm so sorry.
12    FBI AGENT ADAM:  Oh, of course there is.
13  You're a smart man and you know that there's plenty of
14  ways that you can recover from this.
15    MR. BEASLEY:  No, there's none.
16    FBI AGENT ADAM:  You've showed me how smart
17  you are.
18    MR. BEASLEY:  How did I do that?
19    FBI AGENT ADAM:  By illustrating how you put
20  this, this venture together, this Ponzi scheme.  That
21  takes thought, it takes knowledge.
22    MR. BEASLEY:  The only -- honestly the only
23  way it happened is to have someone that actually
24  believed in me.  Everything else was easy.  He's the
25  one that believed in me, and so whatever I told him he

Page 73

1  believed.  So --
2    FBI AGENT ADAM:  Well, he's not the only one
3  that believes in you.
4    MR. BEASLEY:  Hell, he fought for -- he
5  fought for it.  So it's not his problem, this is mine
6  and this is not (inaudible).  I mean, it's obvious just
7  like in every other damn Ponzi scheme it's going to
8  come to an end.  You can't end -- you can't recover
9  from it.
10    FBI AGENT ADAM:  But you can move on from it.
11    MR. BEASLEY:  No, not me.
12    FBI AGENT ADAM:  He's not the only one that
13  believes in you.  Paula believes in you, the kids
14  believe in you, I believe in you.
15    MR. BEASLEY:  They did -- they did up until a
16  couple hours ago.
17    FBI AGENT ADAM:  And they keep -- they will
18  once again.  This doesn't define you.
19    MR. BEASLEY:  It does define me, it really
20  does.
21    FBI AGENT ADAM:  No, the legacy that you
22  leave defines you and that legacy is your kids, and
23  your kids have the legacy of their dad killing himself
24  and that's not a legacy you want them to have.  I don't
25  think it is.

Page 74

1    MR. BEASLEY: First and foremost that would
2  probably be the best thing for my kids.
3    FBI AGENT ADAM: Matt, I can tell you that
4  kids that deal with that at a young age they often
5  times suffer from a lot of issues, and I don't want to
6  see your kids go through that, I really don't. You
7  don't want that for your kids.
8    MR. BEASLEY: I can't, I can't, no, I can't.
9    FBI AGENT ADAM: You can.
10   MR. BEASLEY: I fucking did it. I can't.
11   FBI AGENT ADAM: What happens if this doesn't
12  go the way you think it's going to and then you end up
13  in a bad medical state? You don't want them to have to
14  deal with that.
15   MR. BEASLEY: Oh, man.
16   FBI AGENT ADAM: Let's get you to the
17  hospital and get you taken care of so you can see your
18  family and talk to them face to face.
19   MR. BEASLEY: I don't want to see my family.
20  I can't face my family.
21   FBI AGENT ADAM: They want to see you.
22   MR. BEASLEY: I can't fucking face my family.
23   FBI AGENT ADAM: You made a bad choice, Matt.
24  That's all this is.
25   MR. BEASLEY: I can't.

Page 75

1    FBI AGENT ADAM: Nobody got hurt. Money
2  doesn't -- money doesn't mean people go hurt, it's just
3  money. Money comes and goes like air. It comes in and
4  goes out.
5    MR. BEASLEY: I fucked this up.
6    FBI AGENT ADAM: Well, let's -- let's un F it
7  up, Matt, together.
8    MR. BEASLEY: I can't. I'm sorry, I really
9  am. I'm so sorry for my family. But the only way to
10  make it right is to do this, honestly.
11   FBI AGENT ADAM: I disagree with you, I
12  really do, Matt. And Paula is going to be heartbroken
13  if this happens. You know, we --
14   MR. BEASLEY: She's already heartbroken. I
15  fucking ruined everything.
16   FBI AGENT ADAM: Well, we've seen her social
17  media and you know what she loves you. She feels that
18  she loves you and the family, and she loves showing off
19  what you guys together, and she wants you to be here to
20  continue making those memories --
21   MR. BEASLEY: I can't
22   FBI AGENT ADAM: -- in whatever capacity that
23  is, whether it's on the phone, in person.
24   MR. BEASLEY: I can't.
25   FBI AGENT ADAM: Yes, you can. I believe in

Page 76

1  you.
2    MR. BEASLEY: No, I can't.
3    FBI AGENT ADAM: I do.
4    MR. BEASLEY: I'm sorry.
5    FBI AGENT ADAM: You have real love, Matt.
6  I've talked to people before in bad situations who have
7  nobody. You have everybody behind you on this. You
8  have me, my team, your family, your wife and your four
9  kids are all behind you. That's real love, Matt. Take
10  advantage of that real love to move past these bad
11  decisions.
12   MR. BEASLEY: I can't.
13   FBI AGENT ADAM: Paula, ███, Matt, ███ and
14  ███████, do it for them.
15   MR. BEASLEY: I can't move past it. They
16  can't move past it, or it would be years, especially in
17  jail.
18   FBI AGENT ADAM: How do they -- how do you
19  know what they can or can't look past if you don't talk
20  to them, if you don't see how your family grows from
21  this?
22   MR. BEASLEY: Oh, fuck.
23   FBI AGENT ADAM: You're talking in absolutes
24  and that's not the world we live in, Matt.
25   MR. BEASLEY: No, it is an absolute this one.

Page 77

1    FBI AGENT ADAM: There is an absolute here,
2  because if you kill yourself, they deal with that for
3  the rest of their lives, and you take the easy way out.
4    MR. BEASLEY: Here's an absolute, I chicken
5  shit out and don't kill myself. They'd lose everything
6  they have, and insurance will terminate because I won't
7  be able to pay it and they get nothing.
8    FBI AGENT ADAM: Those are things your family
9  can work through. They would rather have you than
10  insurance. Families work through things --
11   MR. BEASLEY: No.
12   FBI AGENT ADAM: -- worse than this every
13  single day.
14   MR. BEASLEY: Oh, I'm --
15   FBI AGENT ADAM: I've seen it. Work through
16  this with your family.
17   MR. BEASLEY: So what are you guys going to
18  do when I don't come out?
19   FBI AGENT ADAM: We want you to come out and
20  we're not -
21   MR. BEASLEY: You're going to come in, right?
22   FBI AGENT ADAM: Not as long as we're
23  talking.
24   MR. BEASLEY: Will they fucking shoot me?
25   FBI AGENT ADAM: Nobody wants to see you get

Page 78

1   hurt. You already told me you don't want them to shoot
2   you. You don't want them to have to shoot you.
3          MR. BEASLEY: I don't, but I'm afraid -- I'm
4   afraid I'm too much of a fucking chicken shit.
5          FBI AGENT ADAM: Too much of a chicken shit
6   for what?
7          MR. BEASLEY: To fucking do it myself.
8          FBI AGENT ADAM: And you know what that say
9   to mee, Matt? That says to me that you have a will to
10  live. Your brain is telling you --
11         MR. BEASLEY: No, I don't. I'm just a
12  chicken shit. I have no guts, that's what that means.
13         FBI AGENT ADAM: We're here for as long as
14  you need, Matt. We will talk as long as you need to
15  talk. You don't want to --
16         MR. BEASLEY: Send them in.
17         FBI AGENT ADAM: You've already --
18         MR. BEASLEY: Send them in.
19         FBI AGENT ADAM: You've already --
20         MR. BEASLEY: Send the guys in, please.
21         FBI AGENT ADAM: Why do you want them to come
22  in?
23         MR. BEASLEY: Because maybe then that will
24  force my hand and I'll have to fucking do it.
25         FBI AGENT ADAM: I'm not sending them in

Page 79

1   there for that. I'm not doing that, Matt.
2          MR. BEASLEY: Ah.
3          FBI AGENT ADAM: Paula told one of my
4   co-workers specifically that she still wants to be with
5   you and all four -- all of the boys love their father.
6          MR. BEASLEY: I appreciate that so much.
7          FBI AGENT ADAM: Show them love back and
8   let's get you out of there and in an ambulance.
9          MR. BEASLEY: I don't want to be in a fucking
10  ambulance.
11         FBI AGENT ADAM: That's --
12         MR. BEASLEY: After I'm in that ambulance
13  then I'm going to jail.
14         FBI AGENT ADAM: Well, first you're going to
15  the hospital so we can make sure you're okay.
16         MR. BEASLEY: Yeah, well --
17         FBI AGENT ADAM: And then who knows what's
18  going to happen. People get out of jail or don't go to
19  jail all the time. You know that better than anybody.
20         MR. BEASLEY: I'm not -- I'm going to jail.
21         FBI AGENT ADAM: Nobody knows how long and
22  then you're out, and then you're -- and then you're
23  back with your family and you're making memories,
24  you're figuring out the next steps together. They're
25  not figuring out the next steps without their father.

Page 80

1          MR. BEASLEY: They need to. They --
2   obviously I don't -- obviously I'm lacking some moral
3   judgment.
4          FBI AGENT ADAM: We all are, aren't we?
5          MR. BEASLEY: I don't think so. I think I
6   am. My wife isn't.
7          FBI AGENT ADAM: That's beautiful of you to
8   say.
9          MR. BEASLEY: My wife is not -- my kids,
10  they're good people. That's -- you know, that's --
11  that's what I was telling you earlier. That's why I
12  wouldn't -- I could never had told my wife about this
13  because she would have called the fucking police on me.
14  The same with Jeff Judd, if I had -- if I would have
15  told him about it, they're good people, I'm not.
16         FBI AGENT ADAM: Well, hey, Matt told us --
17         MR. BEASLEY: I mean, I have so many
18  skeletons in the closet that fucking I'm letting some
19  idiot extort me. So --
20         FBI AGENT ADAM: Matt, you know why your kids
21  are good people and why your wife is a good person?
22  Because their father and their husband is a good person
23  who raised them that way. That comes --
24         MR. BEASLEY: No.
25         FBI AGENT ADAM: -- that's not --

Page 81

1          MR. BEASLEY: Their mother, their mother is
2   the best mother in the world.
3          FBI AGENT ADAM: Well, Matt let us know that
4   Jeff is not worried about anything that's happened so
5   far. He's worried about you. Matt told us that.
6          MR. BEASLEY: No.
7          FBI AGENT ADAM: I'm not making that up.
8   Matt told us that.
9          MR. BEASLEY: No, I don't believe that.
10         FBI AGENT ADAM: He told us that.
11         MR. BEASLEY: I don't believe that.
12         FBI AGENT ADAM: I would not lie to you. You
13  trust me, right?
14         MR. BEASLEY: I have no reason not to except
15  for the shit going on in my kitchen.
16         FBI AGENT ADAM: Well, again, I'm not there.
17  I'm just talking to you. But again that came straight
18  from Matt, that Jeff is not worried.
19         MR. BEASLEY: Jeff should be worried because
20  he's going to lose everything too.
21         FBI AGENT ADAM: He wants to see you come out
22  of this. He wants to see you be okay.
23         MR. BEASLEY: I can't. He doesn't know
24  probably.
25         FBI AGENT ADAM: Oh, he --

Page 82

1      MR. BEASLEY:  My son --
2      FBI AGENT ADAM:  Go ahead.
3      MR. BEASLEY:  -- my boys are the greatest
4   thing I've ever done.
5      FBI AGENT ADAM:  And you can continue to be
6   there for them.
7      MR. BEASLEY:  I'm a fucking embarrassment.
8      FBI AGENT ADAM:  You made a bad choice.  They
9   would rather have you and talk about this and grow from
10  this than not have you there.  Hey, I want to let you
11  know -- I want to let you know something, though, okay?
12     MR. BEASLEY:  Somebody is coming in?
13     FBI AGENT ADAM:  No, nobody is coming in,
14  nobody is coming in.  You might see some people outside
15  but they're not coming in.  Okay?
16     MR. BEASLEY:  Where outside, behind me or on
17  the patio?
18     FBI AGENT ADAM:  They might just be taking
19  down -- they might be taking down a camera, okay, but
20  you will see them.
21     MR. BEASLEY:  Oh, which camera?
22     FBI AGENT ADAM:  In the front.
23     MR. BEASLEY:  Oh, there's no camera -- that
24  camera -- the batteries are dead anyway.
25     FBI AGENT ADAM:  Oh, okay.  Well, I'll let

Page 83

1   them know that, okay.  So if you see them --
2      MR. BEASLEY:  But they can take it.  Yeah, I
3   don't care.  If I --
4      FBI AGENT ADAM:  Okay.
5      MR. BEASLEY:  -- it's not like I can be on it
6   while I'm on the phone with you anyway.
7      FBI AGENT ADAM:  Okay.  Well, they --
8   they're -- you might seem them --
9      MR. BEASLEY:  But that means they're getting
10  ready to do something.
11     FBI AGENT ADAM:  No, no.
12     MR. BEASLEY:  That means they're getting
13  ready to do something.
14     FBI AGENT ADAM:  They're not going to do
15  anything as long as we're talking.  I've promised you
16  that and you said you don't have any reason not to
17  trust me, so thank you for that.  But they're not
18  coming in.
19     MR. BEASLEY:  They can get it.  I don't care.
20  That's fine.
21     FBI AGENT ADAM:  Thank you for saying that.
22     MR. BEASLEY:  But I'll tell you the batteries
23  are dead.  I've got my phone and my phone is laying on
24  my neck talking to you.
25     FBI AGENT ADAM:  Your phone is on your neck?

Page 84

1      MR. BEASLEY:  Yeah, because I can't really
2   hold it.
3      FBI AGENT ADAM:  Okay.  Where is the gun?
4      MR. BEASLEY:  On my chest with my hand on it.
5   So tell them not to come in this house, please.
6      FBI AGENT ADAM:  Okay, I'll tell them.
7      MR. BEASLEY:  Unless we get -- actually tell
8   them to come in the fucking house.  That would be
9   great.
10     FBI AGENT ADAM:  No.
11     MR. BEASLEY:  I'll put my fucking (inaudible)
12  and maybe I'll back it up and fucking do it.
13     FBI AGENT ADAM:  No.  You've already told me
14  you don't want them to have to do that.
15     MR. BEASLEY:  No, I'm saying I'll do it.  If
16  they come in to arrest me, I can do it and then I'll
17  fucking have enough balls and be a man and finish it
18  instead of fucking embarrassing everyone that knows me.
19     FBI AGENT ADAM:  I think you're a bigger man
20  if you don't do that.  I think you're a bigger man if
21  you deal with this in front of your family face to
22  face.
23     MR. BEASLEY:  No, I don't.  I can't.  I don't
24  think I'm that big of a man.
25     FBI AGENT ADAM:  I do.  All -- all we've

Page 85

1   talked about today is how big of a heart you have and
2   how much you love your family and care about your
3   family.  And you made a bad decision, and you knew that
4   a while back, and you've been trying to remedy that
5   decision since before today and you've been well on
6   your way to doing that.  Paula believes it, the kids
7   believe it.
8      MR. BEASLEY:  I haven't been trying to -- I
9   can't remedy it.  There's nothing I can do.
10     FBI AGENT ADAM:  You've been trying to remedy
11  it in other ways.  You said you were trying to be a
12  better dad.  That means you're a provider and you've
13  been trying to be better, and it started well before
14  today, Matt.  I told you --
15     MR. BEASLEY:  (Inaudible.)
16     FBI AGENT ADAM:  -- I told you they were
17  going to move, remember.  They're not coming in.
18     MR. BEASLEY:  I don't see anybody.  Where are
19  they coming?
20     FBI AGENT ADAM:  They're out front.  That's
21  all I know.  I'm sitting here talking to you.
22     MR. BEASLEY:  Out front?  Okay.  Okay.  As
23  long as I know.
24     FBI AGENT ADAM:  Yeah, they're not coming in,
25  though, okay.

Page 86

1     MR. BEASLEY:  Because I hear noise from the
2  kitchen again.
3     FBI AGENT ADAM:  I'm not sure what's going on
4  in the kitchen.
5     MR. BEASLEY:  Oh, fuck.
6     FBI AGENT ADAM:  You tried to start making
7  this better months ago when you started writing those
8  letters.
9     MR. BEASLEY:  I didn't finish them until
10  today.  I cry every time I write them.
11     FBI AGENT ADAM:  Why do you cry?
12     MR. BEASLEY:  Because I'm going to miss them
13  so bad.
14     FBI AGENT ADAM:  You wanted people to know
15  the truth, they know the truth, and your kids want to
16  be able to see you.  Your kids want to be able to deal
17  with all of this with you.
18     MR. BEASLEY:  No, they don't.  They don't
19  need to have this fucking --
20     FBI AGENT ADAM:  Matt, you're not going to
21  miss them.
22     MR. BEASLEY:  I got a son that has the same
23  fucking name that's going to have to deal with that.
24     FBI AGENT ADAM:  That's --
25     MR. BEASLEY:  I mean, fuck, what have I done.

Page 87

1     FBI AGENT ADAM:  You made a couple bad
2  decisions.  But you said you're going to miss them.
3  Matt, you won't miss them if you kill yourself.
4  They'll miss you, though.  Think about that.  This is
5  it, Matt.  You don't get to see the rest of their
6  lives, those boys that you love, that wife that you
7  love.  This is final.
8     MR. BEASLEY:  I know.  That's what I want, I
9  want it over.
10     FBI AGENT ADAM:  You would do that,  you
11  would do that to your kids?
12     MR. BEASLEY:  I'm not doing it to them.  I'm
13  actually doing it for them.
14     FBI AGENT ADAM:  Yes, you are.  No, you're
15  doing it to them.  You're doing it to them.
16     MR. BEASLEY:  Oh, fuck.
17     FBI AGENT ADAM:  And you don't want that.  I
18  know you don't want to hurt your kids, but that's what
19  this will do.
20     MR. BEASLEY:  Were you guys at my house in
21  Tahoe?
22     FBI AGENT ADAM:  I'm sorry.  No, we're not at
23  your house, not that I'm aware of.  Matt, I don't know
24  anything about what happened earlier today.  I'm here
25  talking to you to talk about that.  What makes you say

Page 88

1  that?
2     MR. BEASLEY:  My (inaudible) keep going off
3  at my house in Tahoe.
4     FBI AGENT ADAM:  Oh, I'm genuinely not sure,
5  Matt.  I'm here talking to you.
6     MR. BEASLEY:  Okay.  I just -- hopefully they
7  didn't bring anything down up there.
8     FBI AGENT ADAM:  I'm not sure, sir.
9     MR. BEASLEY:  I would give the code to get
10  in.  Fuck.
11     FBI AGENT ADAM:  All of that are issues -- is
12  things you can work through with our agents and with
13  our investigators when you come out.
14     MR. BEASLEY:  I can't come out, bud.  I'm
15  sorry.  I'm so sorry.
16     FBI AGENT ADAM:  Again you have to apologize
17  to Paula and the kids.
18     MR. BEASLEY:  I'm so sorry.  That's who I'm
19  sorry to, to them and to the people -- Jeff, and the
20  people that I fucked up their lives.
21     FBI AGENT ADAM:  Matt wants you to come out
22  so you can figure it all out.  He's very emotional and
23  he's terrified.
24     MR. BEASLEY:  I told you to send him home.
25     FBI AGENT ADAM:  I told him --

Page 89

1     MR. BEASLEY:  Send him --
2     FBI AGENT ADAM:  -- I can't -- Matt, I can't
3  make him do anything.  I passed the message along.
4     MR. BEASLEY:  God damn.
5     FBI AGENT ADAM:  Come out and show your kids
6  and your wife that you're sorry.
7     MR. BEASLEY:  I can't.
8     FBI AGENT ADAM:  I'll meet you there and
9  we'll talk about things.  You can tell the agents that
10  were there earlier, you can apologize to them again in
11  person.
12     MR. BEASLEY:  I can't.  They're going to
13  fucking attack me if I walk out that door --
14     FBI AGENT ADAM:  No, they won't.
15     MR. BEASLEY:  -- and they'll come in.
16     FBI AGENT ADAM:  No, they won't, Matt.  They
17  might put handcuffs on you for your own safety, but if
18  that's something you're concerned about we can work
19  through that with them.
20     MR. BEASLEY:  Oh, fuck.  No, I don't care.
21  I'm not coming out.  Tell them to come in, fuck it,
22  please.  I'm not going to shoot at them, though.  Just
23  tell them that.
24     FBI AGENT ADAM:  I can't do that, Matt.  I
25  won't do that.

Page 90

1    MR. BEASLEY: I will not shoot at them. I
2  swear on my life. I thought I've been pretty honest
3  with you.
4    FBI AGENT ADAM: And I appreciate that, but
5  that's something that I can't do, and they you need --
6    MR. BEASLEY: I need the motivation. The
7  front door is fucking unlocked. I just need the
8  motivation.
9    FBI AGENT ADAM: The motivation to never see
10 your kids again?
11   MR. BEASLEY: I'm never going to see them
12 anyway.
13   FBI AGENT ADAM: Oh, that's not true.
14 There's plenty of opportunities to see them. ███ and
15 ███████ want you to be okay. That's from your sons.
16   MR. BEASLEY: Well, don't --
17   FBI AGENT ADAM: Well, they just told the --
18 they just told us that.
19   MR. BEASLEY: Fuck. God damn, what a fucking
20 mess I made.
21   FBI AGENT ADAM: What was that?
22   MR. BEASLEY: Fuck. That was -- I dropped
23 the phone.
24   FBI AGENT ADAM: Okay.
25   MR. BEASLEY: Oh, fuck, it's covered in

Page 91

1  blood. Great. Not that it matters. Nothing will
2  (inaudible).
3    FBI AGENT ADAM: We can always get new
4  phones, right. So you said you're inside right at the
5  entryway, right, by the front door? Matt? Matt?
6  Matt, are you there?
7    MR. BEASLEY: Sorry, I (inaudible). Sorry.
8    FBI AGENT ADAM: That's okay. Thank you for
9  apologizing.
10   MR. BEASLEY: I touched it. I -- it's on the
11 screen. Oh, fuck. Yes, and I (inaudible) but please
12 if you're going to send it in then we're doing this.
13   FBI AGENT ADAM: What do you mean?
14   MR. BEASLEY: I'm going to fucking do this.
15 So you know what, fucking send them. The door is
16 unlocked. I unlocked it for your agents before I got
17 shot, so tell them to come on in, please.
18   FBI AGENT ADAM: Well, I can't do that.
19 I'm --
20   MR. BEASLEY: Do me the fucking favor.
21   FBI AGENT ADAM: I can pass that along, but
22 really it's not up to me because I'm a negotiator who
23 talks to you and who is trying to help you get out of
24 this without getting hurt more.
25   MR. BEASLEY: Oh, fuck. What a shit show

Page 92

1  I've caused.
2    FBI AGENT ADAM: It is -- it is a little bit
3  but, you know what, everything can be remedied.
4    MR. BEASLEY: I can't come out. I'm so
5  sorry. To my family I'm so fucking sorry.
6    FBI AGENT ADAM: Do you think sorry is going
7  to matter to them when they don't have you around?
8    MR. BEASLEY: No, it probably won't, but it's
9  the best I can do.
10   FBI AGENT ADAM: The best you can do is being
11 there for them in whatever capacity that is. Because
12 if you shoot yourself, you're not there for them
13 anymore.
14   MR. BEASLEY: Oh, fuck.
15   FBI AGENT ADAM: And you want to be there for
16 them.
17   MR. BEASLEY: Yeah.
18   FBI AGENT ADAM: They want to continue making
19 memories with you, not have this be the last one.
20   MR. BEASLEY: I'm done. I'm done. God damn.
21 Just be fucking brave.
22   FBI AGENT ADAM: Being brave isn't shooting
23 yourself, Matt. Being brave is -- that's not being
24 brave. That's being a coward.
25   MR. BEASLEY: Really? And going to jail is

Page 93

1  being brave?
2    FBI AGENT ADAM: Yeah, because means owning
3  up to your mistakes. and dealing with the consequences,
4  and seeing what happens next. And it means --
5    MR. BEASLEY: And leave my family homeless?
6  Fuck, I can't do that.
7    FBI AGENT ADAM: What's more important a home
8  or a father, somebody to guide --
9    MR. BEASLEY: My family, to me, having a --
10 having them have a home.
11   FBI AGENT ADAM: Well, I can tell you they
12 disagree with that. They want you. Paula and the boys
13 want you. They're terrified. They're -- you're their
14 father.
15   MR. BEASLEY: I know that.
16   FBI AGENT ADAM: They're scared that their
17 father wants to --
18   MR. BEASLEY: Fucking shit show.
19   FBI AGENT ADAM: -- kill himself.
20   MR. BEASLEY: It's a fucking shit show. Did
21 they get the camera?
22   FBI AGENT ADAM: I'm not sure. I can try to
23 find out if you want me to.
24   MR. BEASLEY: Well, I just -- I didn't know
25 if I need to hear noises. Fuck.

Page 94

1     FBI AGENT ADAM:  Matt, is it the jail time
2   you're afraid of?  What is it?
3     MR. BEASLEY:  It's -- my family is going to
4   be without anything.
5     FBI AGENT ADAM:  Well, again possessions are
6   one thing, a father is a whole other thing.  Possession
7   can be replaced over time, a father can't.  You know
8   that better than anybody.
9     MR. BEASLEY:  But they're better off without
10  me.
11    FBI AGENT ADAM:  No one believes that.
12    MR. BEASLEY:  I mean, look what I have
13  fucking done.
14    FBI AGENT ADAM:  Your wife -- your wife and
15  your kids do not believe that.
16    MR. BEASLEY:  Look at what I've done.
17    FBI AGENT ADAM:  You mean everything to your
18  family.  They keep telling us that.  My teammates
19  outside, that's all they're hearing from them, how much
20  they want to see you, how much they love you, how much
21  they care about you, how great of a dad you are, how
22  much they want to see you.
23    MR. BEASLEY:  No.
24    FBI AGENT ADAM:  How much they want to keep
25  making memories with you.  That's what they want.  They

Page 95

1   don't and I'm sorry from you, they want to see you.
2     MR. BEASLEY:  Not --
3     FBI AGENT ADAM:  Continue to be a great dad
4   like you've been trying to be and give that to them.
5     MR. BEASLEY:  I can't do it.
6     FBI AGENT ADAM:  Yes, you can.  I believe in
7   you.  They believe in you.  I believe in you.  Show
8   your sons that a real man owns his mistakes.
9     MR. BEASLEY:  I'm a piece of shit.
10    FBI AGENT ADAM:  Don't walk out on them,
11  Matt.
12    MR. BEASLEY:  I'm a piece of shit.
13    FBI AGENT ADAM:  Maybe right now, but that's
14  not who you are deep down.  Matt -- Matt, let me tell
15  you.  We've been talking now for a while and everything
16  you've told me shows me you're a guy with a big heart
17  who made some bad choices.  That does not define you as
18  a father.
19    MR. BEASLEY:  It does.  If I -- if I was a
20  good father, I wouldn't have made bad choices.
21    FBI AGENT ADAM:  You wanted to make money to
22  provide for your kids.  That's being a good father.
23    MR. BEASLEY:  By stealing it from somebody
24  else?  What's that showing them?  What am I showing
25  them?

Page 96

1     FBI AGENT ADAM:  It could be a bad decision,
2   but you still wanted to be a good father and provide
3   for them.  We all make bad choices, Matt, every single
4   one of us.
5     MR. BEASLEY:  Ah.
6     FBI AGENT ADAM:  You can recover from bad
7   choices.
8     MR. BEASLEY:  What the fuck am I doing?  I
9   can't, not from this.  There's no recovering.
10    FBI AGENT ADAM:  There's plenty of
11  recovering, Matt.
12    MR. BEASLEY:  My family needs to get in the
13  car and drive to fricking Kansas City.  Get the fuck
14  out of here.
15    FBI AGENT ADAM:  Hey, Matt, I just got -- I
16  got a note that I want to read to you, okay?  It's not
17  from your family, but I do want to read it to you,
18  okay?
19    MR. BEASLEY:  Who is it from?
20    FBI AGENT ADAM:  It's from one of the
21  supervisors of our white-collar squad, okay?  I'm going
22  to read it to you, okay?  This is the truth, I'm
23  telling you the truth.
24    MR. BEASLEY:  Go ahead.
25    FBI AGENT ADAM:  It's only a white-collar

Page 97

1   investigation.  Nobody is getting arrested today and
2   there's a chance you can work with the guys that came
3   to the door or other agents who have been investigating
4   this.  No one is going to jail or getting arrested
5   today, Matt.  That's from the supervisors.  That's from
6   guys in charge.
7     MR. BEASLEY:  I'm going -- I'm going to jail.
8     FBI AGENT ADAM:  Matt, I just told you --
9     MR. BEASLEY:  I am going to jail if I come
10  out of here.
11    FBI AGENT ADAM:  I told you from the source
12  himself you're not going to jail today.  You can --
13    MR. BEASLEY:  Yeah, I'll be in the hospital.
14    FBI AGENT ADAM:  That's a great -- you'll be
15  with your family.  Being in the hospital getting
16  better, where you get to meet the agents and talk to
17  them about the next steps.
18    MR. BEASLEY:  No.
19    FBI AGENT ADAM:  It's only a white-collar
20  investigation right.  Nobody is getting arrested.  That
21  came from somebody way above me, Matt --
22    MR. BEASLEY:  I can't do this, dude, I can't.
23    FBI AGENT ADAM:  -- the decision maker.
24  Matt, you're worried about going to jail, you're not
25  going to jail, you're not getting arrested today.

25 (Pages 94 to 97)

Page 98

1    MR. BEASLEY: Yeah, obviously -- and what is
2 this, a standoff.
3    FBI AGENT ADAM: That's okay, it's not a
4 crime. Calling us out here is not a crime. We come
5 out here to help you.
6    MR. BEASLEY: Getting shot is not a crime?
7    FBI AGENT ADAM: Not that I'm aware of.
8    MR. BEASLEY: Well, they shot me because I
9 had a gun, so there was a reason.
10    FBI AGENT ADAM: Right now it's just a
11 white-collar investigation. Nobody got arrested today.
12    MR. BEASLEY: Well, I did it all. So --
13    FBI AGENT ADAM: And we can see what happens
14 next as a result of that, but you're not getting
15 arrested today.
16    MR. BEASLEY: That's -- this is my only
17 chance, so if I don't do it now then I'm not going to
18 have the opportunity.
19    FBI AGENT ADAM: Well, if you don't do it now
20 all you have is the rest of your life to live with your
21 kids, and see them grow up, and see them create
22 families and become a grandfather.
23    MR. BEASLEY: Do you understand, though, I
24 won't have the opportunity to do this.
25    FBI AGENT ADAM: Yes, you will. To do what?

Page 99

1 What do you -- what do you mean?
2    MR. BEASLEY: To end it. I won't have the
3 opportunity.
4    FBI AGENT ADAM: I don't want to see you end
5 it.
6    MR. BEASLEY: If I -- I know --
7    FBI AGENT ADAM: Nobody does. Your family
8 doesn't.
9    MR. BEASLEY: That's great, but I need to.
10    FBI AGENT ADAM: That's selfish because your
11 family wants you.
12    MR. BEASLEY: If I come out of here now, I
13 won't be able to do it.
14    FBI AGENT ADAM: Your family doesn't want
15 that. Jeff doesn't want that. The officers outside
16 don't want that. I don't want that, Paula doesn't want
17 it, the kids don't want that. They want their dad,
18 Matt. They want their dad. That's all they want.
19    MR. BEASLEY: I can't dude. I'm so sorry. I
20 wanted to tell you yes 30 times, but I can't.
21    FBI AGENT ADAM: I believe you can. It takes
22 strength, it's a hard decision.
23    MR. BEASLEY: I don't have the strength.
24    FBI AGENT ADAM: I believe you do, Matt.
25 You've been shot twice and have continued talking to me

Page 100

1 this whole time. You have shown me immense strength
2 and all -- all I need is for you to show me a little
3 bit more, and be a man, and come out and be with your
4 family. Do the right thing for your kids.
5    MR. BEASLEY: I can't. I fucking can't do
6 it. Just tell them to fucking come through the doors,
7 please.
8    FBI AGENT ADAM: I'm not going to tell them
9 to do that but, you know what, Matt, if you kill
10 yourself your family is going to be here and they're
11 going to know you did it, and they're going to have to
12 deal with what the house looks like inside. You don't
13 want that for your family. I don't want that for your
14 family. If you kill yourself --
15    MR. BEASLEY: It's a fucking shit show.
16    FBI AGENT ADAM: -- that's all they're going
17 to see. You said part of you wanted to come out and
18 wanted to say yes to me. Let's figure out how we can
19 make that happen. Because Matt, I will fight for every
20 part of that with you. Your family will fight for
21 every inch of that to want to say yes and be here for
22 them. And I'm here with you.
23    MR. BEASLEY: And leave them nothing. They
24 have nothing.
25    FBI AGENT ADAM: You'll leave them without a

Page 101

1 father. They will not have you anymore. You will not
2 be here to see them. They will see your body being
3 rolled out in a body bag. Don't do that to them, Matt,
4 please.
5    MR. BEASLEY: Oh, fuck.
6    FBI AGENT ADAM: Seeing you on a hospital
7 stretcher not the end of the world, but the reality is
8 if you shoot yourself, it's a body bag. And then
9 there's a funeral that they have to go to, Matt.
10    MR. BEASLEY: I don't want a funeral. You
11 have a record of that. I don't want a funeral. I want
12 to be cremated and thrown fucking away.
13    FBI AGENT ADAM: And your kids --
14    MR. BEASLEY: Thrown in the trash.
15    FBI AGENT ADAM: -- your kids have to tell
16 their friends about what happened to their dad. When
17 all their friends --
18    MR. BEASLEY: Yeah, well, my kids are going
19 to have friends that see this all over the fucking
20 news.
21    FBI AGENT ADAM: But at least they get to
22 come hug you at the end of it.
23    MR. BEASLEY: And why would they want to?
24    FBI AGENT ADAM: Because that's what they
25 want to do, they want to come see you, and be with you,

Page 102

1   and hug you, and tell you how much they love you, and
2   be around you.  If you shoot yourself, you won't be
3   here to make the decisions about what they do or don't
4   see.  They see you in a body bag.
5       MR. BEASLEY:  Okay.
6       FBI AGENT ADAM:  Don't do that to them.
7       MR. BEASLEY:  It's better than this.
8       FBI AGENT ADAM:  No, it's not.  No, it's not.
9
10      MR. BEASLEY:  God damn it.
11      FBI AGENT ADAM:  How is it better?
12      MR. BEASLEY:  It is.
13      FBI AGENT ADAM:  No, that's not --
14      MR. BEASLEY:  Is my son still there?
15      FBI AGENT ADAM:  You're a smarter -- you're a
16  smarter guy.  Yeah, your son is still here.  He -- he
17  refuses to leave.
18      MR. BEASLEY:  My son still there?
19      FBI AGENT ADAM:  Do you want to hear his
20  message?
21      MR. BEASLEY:  No, I can't.
22      FBI AGENT ADAM:  Well, he really wants you to
23  hear it.  He keeps telling us to play it.
24      MR. BEASLEY:  Play it then, that's fine.
25      FBI AGENT ADAM:  Okay.  Let me know if you

Page 103

1   can hear it, okay?
2       MR. BEASLEY:  Okay.
3       MATT:  (Recorded message.)  Hey, Dad.  It's
4   me, Matt.  Me,     and     are waiting for you
5   outside.  I love you and need you to come out.
6   (Inaudible) and everything is going to be okay.
7       MR. BEASLEY:  It's not.
8       FBI AGENT ADAM:  Yes, it will.  Did you hear
9   that?  Did you hear how much he loved you?  Did you
10  hear his voice?
11      MR. BEASLEY:  It's not going to be okay.  It
12  can't be okay.  There's now way this turns out good,
13  absolutely no fucking way.
14      FBI AGENT ADAM:  It turns out good if they
15  get to see you.  If you come out and take care of
16  yourself, they get to see you.  That makes it good.
17      MR. BEASLEY:  It's not good.
18      FBI AGENT ADAM:  You heard him, you heard
19  what he wants.  I didn't tell him to say that.  That is
20  what he feels in his heart.
21      MR. BEASLEY:  No.
22      FBI AGENT ADAM:  He and his brothers want to
23  see you, Matt.
24      MR. BEASLEY:  I can't.
25      FBI AGENT ADAM:  Yes, you can.  Be strong for

Page 104

1   them.
2       MR. BEASLEY:  I can't face them.  I can't
3   face them.
4       FBI AGENT ADAM:  They love you, Matt.
5       MR. BEASLEY:  I can't -- I can't fucking face
6   them.  I've ruined everybody's lives.
7       FBI AGENT ADAM:  You made some bad choices
8   and some people lost money.
9       MR. BEASLEY:  I've ruined my family's lives
10  too.
11      FBI AGENT ADAM:  Matt --
12      MR. BEASLEY:  That's what I mean.
13      FBI AGENT ADAM:  Matt, you might have ruined
14  their -- you might have ruined things for a little
15  while possibly, no one knows that, but I'll tell you
16  what, if you kill yourself, you have ruined their lives
17  forever.  Please don't do that.
18      MR. BEASLEY:  If I don't, they -- if I don't,
19  they have nothing.
20      FBI AGENT ADAM:  Possessions can be replaced,
21  Matt, you cannot.
22      MR. BEASLEY:  No, they'll be on fucking
23  welfare.
24      FBI AGENT ADAM:  People go from little to a
25  lot every single day.  The kids will get older, and

Page 105

1   they'll get jobs, they'll work.  Matt, your family is
2   not worried about the money, they're not worried about
3   the house, they're worried about you.  Didn't you hear
4   that?
5       MR. BEASLEY:  It doesn't matter.
6       FBI AGENT ADAM:  You raised good, hardworking
7   kids.  Be there for them.
8       MR. BEASLEY:  Tell my wife I love her,
9   please, and tell my boys I love them, please.
10      FBI AGENT ADAM:  Matt, Matt, I want you to
11  tell them that.  Don't make me tell them that, please.
12  You are here to tell them that.
13      MR. BEASLEY:  Please.  They need to know that
14  I really do.
15      FBI AGENT ADAM:  And they --
16      MR. BEASLEY:  I regret -- I regret what a
17  fuck up I was, but they are the only thing that matters
18  to me.
19      FBI AGENT ADAM:  And if they -- okay.  And if
20  that's true show them that by coming out.
21      MR. BEASLEY:  I can't.
22      FBI AGENT ADAM:  Actions matter so much,
23  Matt, bigger than words, Matt.
24      MR. BEASLEY:  Do you understand why that if I
25  come out, they have nothing.  If I die, they get

Page 106

1    something.
2        FBI AGENT ADAM:  They might get some money,
3    Matt, but they don't have their father.  Matt, your
4    family does not --
5        MR. BEASLEY:  They would have nothing.  They
6    don't need their father; they need to be able to feed
7    themselves.
8        FBI AGENT ADAM:  They don't think that.
9    They're concerned about your life, not what happens to
10   the house, or to the cars, or to the houses.  They're
11   worried about their father, their husband.  Figure it
12   out as a family.
13       MR. BEASLEY:  Fuck me.
14       FBI AGENT ADAM:  Don't leave them -- don't
15   leave them like that.  You say you leave them with
16   nothing if you don't kill yourself, well if you kill
17   yourself, you leave them with nothing.
18       MR. BEASLEY:  Oh, my --
19       FBI AGENT ADAM:  You leave -- you leave them
20   with a lasting image of the dad who killed himself
21   because he didn't want to work through things with
22   them.  You leave them the lasting image of their father
23   in a body bag.  Don't do that to them.
24       MR. BEASLEY:  No.
25       FBI AGENT ADAM:  Please.

Page 107

1        MR. BEASLEY:  No, I have to.
2        FBI AGENT ADAM:  No, you don't.
3        MR. BEASLEY:  I fucking do.  Tel them I love
4    the, please.  I really do.
5        FBI AGENT ADAM:  I know you do, but show them
6    yourself.
7        MR. BEASLEY:  I fucking love them.
8        FBI AGENT ADAM:  Matt, show them that.  Today
9    is about recovery --
10       MR. BEASLEY:  I fucking love them more than
11   anything.
12       FBI AGENT ADAM:  -- your redemption.  And
13   they love you more than anything and that's why they
14   want to see you come out.  They want to see you come
15   out alive, Matt, not in a body bag.
16       MR. BEASLEY:  Why, so they can go fucking
17   visit me in fucking prison?
18       FBI AGENT ADAM:  They want to see you and be
19   around you.
20       MR. BEASLEY:  I don't --
21       FBI AGENT ADAM:  Matt, again, no one is going
22   to prison.
23       MR. BEASLEY:  I am.
24       FBI AGENT ADAM:  No one is getting arrested
25   today.

Page 108

1        MR. BEASLEY:  I am.  I'm not stupid.
2        FBI AGENT ADAM:  No, you're a smart lawyer
3    but that doesn't mean you're not going to get out if
4    you even do go to jail.  You're not going to jail
5    today, Matt.  And your -- your mom just arrived.
6        MR. BEASLEY:  Oh, for fuck's sake.
7        FBI AGENT ADAM:  She's worried about you too.
8    What's your mom's name?
9        MR. BEASLEY:  Violet.  Just tell her to go
10   home.
11       FBI AGENT ADAM:  Okay.  Matt, if you want me
12   to tell her that I got go on pause for just a second,
13   okay?  But if I go tell her --
14       MR. BEASLEY:  Tell everybody -- tell my son I
15   listened to his message and --
16       FBI AGENT ADAM:  Okay, I'm sorry, I
17   interrupted you.  What did you say?
18       MR. BEASLEY:  (Inaudible.)
19       FBI AGENT ADAM:  What?
20       MR. BEASLEY:  Tell my son I listened to his
21   message and to please go to his mom's -- to where his
22   mom's at.
23       FBI AGENT ADAM:  Okay.  But Matt, I'm not his
24   father.  I can't make him do anything.  But if you
25   really want me to go tell him you got to promise me

Page 109

1    you'll be here when I -- after I go tell him.
2        MR. BEASLEY:  No, I'll be here when you get
3    back, I'll be here when you get back.
4        FBI AGENT ADAM:  You promise me?
5        MR. BEASLEY:  Yes.
6        FBI AGENT ADAM:  Okay.  You promise your kids
7    you'll be here when I get back?
8        MR. BEASLEY:  Yes, I'll be here.
9        FBI AGENT ADAM:  Okay.  Why don't we do this,
10   why don't we -- how long do you want me --
11       MR. BEASLEY:  Everybody needs to go.
12       FBI AGENT ADAM:  Okay.  How long do you want
13   me to go before I come back?
14       MR. BEASLEY:  How long does it take to tell
15   him to go?
16       FBI AGENT ADAM:  I'm not sure where he is.
17   I'm going to have to go find him.
18       MR. BEASLEY:  Okay.
19       FBI AGENT ADAM:  I'm sitting in a car with --
20   talking to you.  How about five minutes, okay?
21       MR. BEASLEY:  Where -- okay.
22       FBI AGENT ADAM:  Yes or no?
23       MR. BEASLEY:  Don't leave me for five --
24   don't leave me for five minutes.
25       FBI AGENT ADAM:  Okay.  Well, I'll leave you

---

Page 110

1   for just a minute if you promise nothing happens.
2       MR. BEASLEY:  Where are you parked?
3       FBI AGENT ADAM:  I'm around the corner
4   outside of the neighborhood.
5       MR. BEASLEY:  Oh, the gated neighborhood?
6       FBI AGENT ADAM:  Yes, sir.
7       MR. BEASLEY:  Okay.  I was just curious.  I'm
8   sorry.
9       FBI AGENT ADAM:  No, you're good.  I'm happy
10  to --
11      MR. BEASLEY:  I ask a lot of stupid
12  questions.  I apologize.
13      FBI AGENT ADAM:  You're okay, Matt, you're
14  okay.  You know what, I'll be here to talk with you if
15  you come out, when you come out.
16      MR. BEASLEY:  I'm not coming out.
17      FBI AGENT ADAM:  I want to meet you.  I want
18  to get to know you.  I want to talk to you.
19      MR. BEASLEY:  Why would you, why would you?
20  You're here because I'm a fuck up.
21      FBI AGENT ADAM:  No, I'm here because I care
22  about you.  Matt, this isn't something I was told do,
23  this is something I volunteered for.  I volunteered to
24  come talk to you because I'm worried about your safety.
25  You're a good man.  All you've said is how you're sorry

---

Page 111

1   to me, you're sorry to the agents, you're sorry to your
2   family.  That means you're a good man.
3       MR. BEASLEY:  Where is my son?
4       FBI AGENT ADAM:  He's outside, but I haven't
5   gone to talk to him because --
6       MR. BEASLEY:  Is he, like, outside where
7   you're at?
8       FBI AGENT ADAM:  I'm not sure.  I do not know
9   what's going on outside, outside.  I can go look and
10  call you back.
11      MR. BEASLEY:  Are you (inaudible)?
12      FBI AGENT ADAM:  I'm sorry, you broke up.
13  What did you say?
14      MR. BEASLEY:  Are you in a van or something
15  or you said you're sitting in car.  Why can't you just
16  look out the car window?
17      FBI AGENT ADAM:  Yeah, I'm in a van.  It's a
18  car.
19      MR. BEASLEY:  Oh, okay.  Tel them all to go
20  home, please.
21      FBI AGENT ADAM:  Okay, but I got to get off
22  here to do that.
23      MR. BEASLEY:  Okay.
24      FBI AGENT ADAM:  All right.  You promise
25  nothing is going to happen while I'm gone?

---

Page 112

1       MR. BEASLEY:  Nothing good.
2       FBI AGENT ADAM:  Nope, Matt, that doesn't
3   count.  I'm not going if that's what you're going to
4   tell me.
5       MR. BEASLEY:  Yeah, yeah, yeah, I promise.
6       FBI AGENT ADAM:  Promise me and promise your
7   kids that nothing will happen while I get off the phone
8   with you.
9       MR. BEASLEY:  I promise, I promise.
10      FBI AGENT ADAM:  Okay, I'll call you back in
11  just a couple minutes.  Okay, Matt?
12      MR. BEASLEY:  Okay.
13      FBI AGENT ADAM:  Okay.  Thank you, Matt.
14  Talk to you soon.
15      (End of audio file.)
16          * * * * *
17
18
19
20
21
22
23
24
25

---

Page 113

1          TRANSCRIBER'S CERTIFICATE
2
3   I, Cheryl Shifflett, hereby certify that the foregoing
4   transcript is a complete, true and accurate
5   transcription of all matters contained on the recorded
6   proceedings in the matter of project name:
7   22030206.mp3.
8
9
10
11
12
13
14   _____
15      Transcriber
16
17
18
19
20
21
22
23
24
25