JACQUELINE TIRINNANZI
Nevada Bar No. 13266
jackie@tirinnanzilaw.com
TIRINNANZI LAW PLLC
2370 Corporate Circle, Suite 190
Henderson, Nevada 89074
Telephone: 702-912-3834

*Attorney for Matthew Beasley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-00066-JAD-DJA |
| Plaintiff, | |
| vs. | **Notice of Appeal** |
| MATTHEW WADE BEASLEY, | [FRAP 9(a) Appeal] |
| Defendant. | |

Defendant Matthew Beasley, by and through his counsel, Jacqueline Tirinnanzi, Esq., hereby gives notice that he appeals to the United States Court of Appeals for the Ninth Circuit the District Court's Order of Detention as to Matthew Beasley, entered orally on April 24, 2023, at the conclusion of the hearing on the Government's Motion for Review of Magistrate Judge's Release Order. *See* Minute Order (ECF No. 22). This appeal is timely filed in accordance with the Federal Rules of Appellate Procedure, Rules 4(b)(1)(A) and Rule 9(a).

Pursuant to FRAP 9(a), appellant submits Exhibit A, the transcripts of the hearing on the Government's Motion for Review of Magistrate Judge's Release Order held on April 24, 2023, which includes the district court's reasons for detention and order of detention (stated orally on

the record). Attached as Exhibit B is the transcript of Matthew Beasley's initial detention hearing held on April 7, 2023.

DATED May 7, 2023.

                                                                                                                                              */s/ Jacqueline Tirnnanzi*
JACQUELINE TIRINNANZI
Nevada Bar No. 13266
jackie@tirinnanzilaw.com
Tirinnanzi Law PLLC
2370 Corporate Circle, Suite 190
Henderson, Nevada 89074
Telephone: 702-912-3834
*Attorney for Matthew Beasley*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of Defendant's foregoing

**Notice of Appeal**

was served on the appropriate parties by electronic service, to all parties registered to receive service in the above captioned matter with the court's electronic filing and service system.

DATED this 7th day of May 2023.

>  */s/ Jacqueline Tirinnanzi*
> JACQUELINE TIRINNANZI
> Nevada Bar No. 13266
> jackie@tirinnanzilaw.com
> Tirinnanzi Law PLLC
> 2370 Corporate Circle, Suite 190
> Henderson, Nevada 89074
> Telephone: 702-912-3834
> *Attorney for Matthew Beasley*