RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Matthew Wade Beasley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>**STIPULATION TO CONTINUE TRIAL DATES**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Matthew Wade Beasley, that the calendar call currently scheduled for May 20, 2024, and the trial scheduled for June 4, 2024, be vacated and set to a date and time convenient to this Court, but no sooner than Two Hundred and Forty (240) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　This is a complex case with nearly 150,000 pages of discovery identified so far.

　　　　2.　　The parties need to redact this discovery so Mr. Beasley can review it and assist in his defense.

3. The parties need additional time to accomplish this redaction. In addition, the defense needs time to review the discovery, research any possible pretrial issues, and litigate if necessary.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively review and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

DATED this 17th day of May, 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Benjamin F. J. Nemec  
BENJAMIN F. J. NEMEC  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ Daniel Schiess  
DANIEL SCHIESS  
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MATTHEW WADE BEASLEY,<br><br>            Defendant. | Case No. 2:23-cr-00066-JAD-DJA-1<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.   This is a complex case with nearly 150,000 pages of discovery identified so far.

2.   The parties need to redact this discovery so Mr. Beasley can review it and assist in his defense.

3.   The parties need additional time to accomplish this redaction. In addition, the defense needs time to review the discovery, research any possible pretrial issues, and litigate if necessary.

4.   The parties agree to the continuance.

5.   The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively review and complete investigation of the discovery materials provided.

6.   Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the ____ day of _____, 2024.

IT IS FURTHER ORDERED that the calendar call currently scheduled for May 20, 2024, at the hour of 1:30 p.m., be vacated and continued to _____ at the hour of ___:___ __.m.; and the trial currently scheduled for June 4, 2024, at the hour of 9:00 a.m., be vacated and continued to _____ at the hour of ___:___ __.m.

DATED this ____ day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE

4