# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00066-JAD-DJA-1 |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Upon review of the docket, motion deadlines have never been set.

2. There is a substantial amount of discovery that Mr. Beasley must sift through, and needs time before he engages in pretrial litigation.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

3

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including October 15, 2024 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties herein shall have to and including October 29, 2024 to file any and all responses.

IT IS FURTHER ORDERED that the parties herein shall have to and including November 5, 2024 to file any and all replies.

DATED this 16th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE