RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Matthew Wade Beasley

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WADE BEASLEY,<br><br>Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>**Stipulation to Continue Defendant's Replies to the Government's Responses to Defendant's Motions to Suppress (ECF. Nos 65, 66)**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Matthew Wade Beasley, that the due date for Mr. Beasley's Replies to the Government's Responses to Defendant's Motions to Suppress (ECF No. 54, ECF No. 57) be extended thirty (30) days from March 7, 2025 to April 7, 2025.[1]

---

[1] The parties will also be filing a stipulation to continue the trial in this matter, currently set for May 20, 2025.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Beasley needs additional time to prepare the replies to the government's Responses to Mr. Beasley's Motions to Suppress.

2. The parties agree to the continuance.

3. Mr. Beasley does not object to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply deadlines.

DATED March 5, 2025.

RENE L. VALLADARES
Federal Public Defender

SUE FAHAMI
Acting United States Attorney


By */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender

By */s /Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MATTHEW WADE BEASLEY,<br><br>   Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for Filing his Replies to Government's Responses to Motions to Suppress, that the Defendant's Deadline to file his Replies is extended to  April 7, 2025  .

DATED this 7th day of March, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3