RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Matthew Wade Beasley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Daniel R. Schiess and Jessica Oliva, Assistant United States Attorneys, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond and Kate Berry, Assistant Federal Public Defenders, counsel for Matthew Wade Beasley, that the Evidentiary Hearing currently scheduled on June 9, 2025, be vacated and continued to August 6, 2025, or August 7, 2025.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Ms. Berry recently replaced AFPD Ben Nemec as counsel for Mr. Beasley.

2. Ms. Berry will be out of the district on pre-booked leave during the currently scheduled evidentiary hearing.

3. Because Ms. Berry will represent Mr. Beasley with Ms. Diamond at trial, it is in the interests of Mr. Beasley's right to continuity of effective counsel to reschedule the evidentiary hearing so Ms. Berry can represent him there too, especially given the complexity of this case.

4. The parties explored a shorter continuance request but their schedules, and critically the schedules of the testifying agents and case agent, did not permit a date in July.

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the evidentiary hearing.

DATED this 2nd day of June, 2025.

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
United States Attorney

By /s/ Joanne L. Diamond
JOANNE L. DIAMOND
KATE BERRY
Assistant Federal Public Defenders

By /s/ Daniel R. Schiess
DANIEL R. SCHIESS
JESSICA OLIVA
Assistant United States Attorneys

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MATTHEW WADE BEASLEY,<br><br>          Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Monday, June 9, 2025 at 9:00 a.m., be vacated and continued to **August 6, 2025, at 9:00 a.m. in courtroom 3A.**

DATED this 4th day of June, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3