RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Matthew Wade Beasley

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00066-JAD-DJA |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE EVIDENTIARY HEARING** |
| v. | (Second Request) |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Daniel R. Schiess and Jessica Oliva, Assistant United States Attorneys, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond and Kate Berry, Assistant Federal Public Defenders, counsel for Matthew Wade Beasley, that the Evidentiary Hearing currently scheduled on August 6, 2025, be vacated and continued to the week of October 13, 2025, or October 20, 2025.

This Stipulation is entered into for the following reasons:

1. The evidentiary hearing in this matter is currently set for August 6, 2025. ECF No. 84.

2. Defense counsel Kate Berry is counsel in *United States v. Spurlock*, Case No. 3:23-cr-00022-ART-CLB, a triple homicide case before Judge Du in Reno. Jury selection in that case was recently set for August 5 and 6, 2025, and trial for August 18. The *Spurlock* trial is expected to last up to a month.

3. Defense counsel Joanne Diamond is counsel in *United States v. Clifford Sanchez*, Case No. 2:23-cr-00194-JCM-VCF, which is set for trial before Judge Mahan on October 6, 2025.

4. Because of defense counsel's trial schedules, the parties are requesting to move the evidentiary hearing to the week of October 13, 2025, or October 20, 2025, at the Court's convenience.

5. The defendant is in custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the second request for a continuance of the evidentiary hearing.

DATED July 2, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>KATE BERRY<br>Assistant Federal Public Defenders | By */s/ Daniel R. Schiess*<br>DANIEL R. SCHIESS<br>JESSICA OLIVA<br>Assistant United States Attorneys |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00066-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Wednesday, August 6, 2025 at 9:00 a.m., be vacated and continued to **October 15, 2025, at 9:00 a.m. in courtroom 3A**.

DATED this 3rd day of July, 2025.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE