RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Matthew Wade Beasley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY,<br><br>　　　　Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Daniel R. Schiess and Jessica Oliva, Assistant United States Attorneys, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond and Kate Berry, Assistant Federal Public Defenders, counsel for Matthew Wade Beasley, that the Evidentiary Hearing currently scheduled on October 15, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

1. The parties are attempting to resolve this matter via negotiations and require additional time to work on a potential resolution.

2. As part of this process, defense counsel is working with a forensic accountant to review the relevant numbers in this case. The accountant requires additional time to perform this necessary due diligence.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the evidentiary hearing.

DATED August 25, 2025.

RENE L. VALLADARES
Federal Public Defender

By /s/ Joanne L. Diamond
JOANNE L. DIAMOND
KATE BERRY
Assistant Federal Public Defenders

SIGAL CHATTAH
Acting United States Attorney

By /s/ Daniel R. Schiess
DANIEL R. SCHIESS
JESSICA OLIVA
Assistant United States Attorneys

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00066-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the evidentiary hearing currently scheduled for Wednesday, October 15, 2025 at 9:00 a.m., be vacated and continued to **November 24, 2025, at 9:00 a.m**.; or to a time and date convenient to the court.

DATED this 25th day of August, 2025.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3