RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Matthew Wade Beasley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY,<br><br>　　　　　　Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Matthew Wade Beasley, that the Sentencing Hearing currently scheduled on January 28, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel needs additional time to meet with the defendant and prepare the mitigation case for sentencing.

2.  The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

4.  The parties would prefer a sentencing date in late April to accommodate the parties' trial schedules.

This is the first request for a continuance of the sentencing hearing.

DATED December 31, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the<br>United States |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Daniel Schiess*<br>DANIEL SCHIESS<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW WADE BEASLEY,<br><br>　　　　Defendant. | Case No. 2:23-cr-00066-JAD-DJA<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 28, 2026 at 10:00 a.m., be vacated and continued to _____ at the hour of ___:___ __.m.; or to a time and date convenient to the court.

　　DATED this ___ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3