# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00066-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 28, 2026 at 10:00 a.m., be vacated and continued to April 16, 2026, at the hour of 10:00 a.m.

DATED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE