**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00066-JAD-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MATTHEW WADE BEASLEY, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 16, 2026 at 10:00 a.m., be vacated and continued to July 16, 2026, at the hour of 10:00 a.m.

DATED this 23rd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3