**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MATTHEW WADE BEASLEY,

Defendant.

Case No. 2:23-cr-00066-JAD-DJA

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for October 14, 2026 at 10:00 a.m., be vacated and continued to January 13, 2027, at the hour of 10:00 a.m.

DATED this 30th day of September, 2026.

UNITED STATES DISTRICT JUDGE